**SAO**
ADAM GANZ, ESQ.
Nevada Bar No. 6650
MARJORIE HAUF, ESQ.
Nevada Bar No. 8111
GANZ & HAUF
8950 West Tropicana, Suite 1
Las Vegas, Nevada 89147
Tel: (702) 598-4529
Fax: (702) 598-3626
*Attorneys for Plaintiff*

-o0o-

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SONALOITA WILSON,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA; MAKIA McCLOUD; BOBBY WARREN; LICETH DEMHA-SANTIAGO; JUAN DEMHA; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.: 2-18-CV-01241-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND THE TIME FOR PLAINTIFF TO RESPOND TO THE UNITED STATES' MOTIONS TO DISMISS** |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, that the deadline for Plaintiff to file her Opposition to the United States' Motions to Dismiss (ECF No. 25), filed October 22, 2018, be extended from November 5, 2018 to November 7, 2018.

///

///

///

///

**GANZ & HAUF**
**8950 W. Tropicana Ave., #1**
**Las Vegas, NV 89147**
**Phone: (702) 598-4529**
**Fax: (702) 598-3626**

Page 1 of 2

The United States' Reply deadline will likewise be extended from November 14, 2018 to November 16, 2018.

This is Plaintiffs' first request for an extension and this stipulation is submitted in good faith without the purpose of undue delay.

Dated this 7th day of November, 2018.                    Dated this 7th day of November, 2018.

GANZ & HAUF                                                        UNITED STATES

*/s/ Marjorie Hauf*                                                */s/ Mark Woolf*

_____                                        _____
MARJORIE HAUF, ESQ.                                                DAYLE ELIESON
8950 W. Tropicana Ave., Ste. 1                                     United States Attorney
Las Vegas, Nevada 89147                                            MARK E. WOOLF
*Attorneys for Plaintiff*                                          Assistant United States Attorney
                                                                   501 Las Vegas Boulevard South, Suite 1100
                                                                   Las Vegas, Nevada 89101
                                                                   *Attorney for the United States*

**ORDER**

IT IS SO ORDERED.

DATED November 9, 2018.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

GANZ & HAUF

*/s/ Marjorie Hauf*

_____
MARJORIE HAUF, ESQ.
Nevada Bar No. 8111
W. ELIZABETH DO, ESQ.
Nevada Bar No. 13861
8950 W. Tropicana Ave., Ste. 1
Las Vegas, Nevada 89147

GANZ & HAUF
8950 W. Tropicana Ave., #1
Las Vegas, NV 89147
Phone: (702) 598-4529
Fax: (702) 598-3626

Page 2 of 2