NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644

BRIAN W. IRVIN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336
brian.irvin@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Sonalolita Wilson,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>United States of America; Liceth Demha-Santiago; Juan Demha; Does I through X; and Roe Corporations I through X;<br><br>　　　　Defendants. | Case No. 2:18-cv-01241-JCM-NJK<br><br>**Stipulation to Dismiss Cross-Defendant Nakia McCloud** |
| Liceth Demha-Santiago and Juan Demha,<br><br>　　　　Cross-Claimants,<br><br>　　v.<br><br>United States of America and<br>Makia McCloud<br><br>　　　　Cross-Defendants. | |

　　　　IT IS HEREBY STIPULATED AND AGREED that the Cross-Claimants, Liceth Demha-Santiago and Juan Demha, dismiss Cross-Defendant Nakia McCloud, without

prejudice, and each party will bear its own costs and attorney's fees. Cross-claimants' crossclaim for contribution against the United States will remain.

Respectfully submitted this 22nd day of August 2019.

| | |
|---|---|
| LAW OFFICES OF S. DENISE MCCURRY | NICHOLAS A. TRUTANICH<br>United States Attorney |
| /s/ David T. Spurlock, Jr.<br>DAVID T. SPURLOCK<br>7455 Arroyo Crossing Parkway<br>Suite 200<br>Las Vegas, Nevada 89113 | /s/ Brian W. Irvin<br>BRIAN W. IRVIN<br>Assistant United States Attorney<br><br>*Attorneys for the United States* |
| *Attorney for Cross-claimants* | |

**IT IS SO ORDERED:**

**UNITED STATES DISTRICT JUDGE**

**DATED:** August 23, 2019