1  STEVEN T. JAFFE, ESQ.
   Nevada Bar No. 007035
2  sjaffe@lawhjc.com
   JAN K. TOMASIK, ESQ.
3  Nevada Bar No. 15104
4  jtomasik@lawhjc.com

5  **HALL JAFFE & CLAYTON, LLP**
   7425 PEAK DRIVE
   LAS VEGAS, NEVADA 89128-4338
6  (702) 316-4111
   FAX (702) 316-4114
7
   *Attorneys for Defendant/Cross-Claimant/Cross-Defendant*
8  *JUAN DEMHA and*
   *Cross-Claimant/Cross-Defendant*
9  *LICETH DEMHA-SANTIAGO*

10

11
                    **UNITED STATES DISTRICT COURT**
12
                         **DISTRICT OF NEVADA**
13

14 | SONALOLITA WILSON, | CASE NO.: 2:18-cv-01241-JCM-NKJ |
15 |   Plaintiff, |  |
16 | vs. |  |
17 | UNITED STATES OF AMERICA; LICETH DEMHA-SANTIAGO; JUAN DEMHA; DOES I through X; and ROE CORPORATIONS I through X, inclusive |  |
18 |  |  |
19 |  |  |
20 |   Defendants. |  |
21 | LICETH DEMHA-SANTIAGO and JUAN DEMHA, | **STIPULATION AND ORDER TO EXTEND THE TIME FOR DEFENDANTS** |
22 |   Cross-Claimants, | **TO OPPOSE PLAINTIFF'S MOTION** |
23 | vs. | **FOR PARTIAL SUMMARY JUDGMENT ON JOINT AND SEVERAL LIABILITY** |
24 | UNITED STATES OF AMERICA; | **(FIRST REQUEST)** |
25 |   Cross-Defendants. |  |

26

27

UNITED STATES OF AMERICA,

        Cross-Claimant,

vs.

JUAN DEMHA and LICETH DEMHA-SANTIAGO,

        Cross-Defendant.

### STIPULATION AND ORDER TO EXTEND THE TIME FOR DEFENDANTS TO OPPOSE PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON JOINT AND SEVERAL LIABILITY

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, that the deadline for Defendants to file Oppositions to Plaintiff's Motion for Partial Summary Judgment on Joint and Several Liability be extended from June 16, 2021, to June 30, 2021.

Plaintiff filed her Motion for Partial Summary Judgment on May 26, 2021. Pursuant to the Court's docket, entry #98, the current deadline for Defendants' responses is June 16, 2021. Accordingly, it is hereby stipulated that Defendants require additional time to prepare and file responses; therefore, Defendants' Oppositions shall be filed on or before June 30, 2021, and Plaintiff's Reply will be due 14 days thereafter, on or before July 14, 2021.

This is the parties' first request for an extension and this stipulation is submitted in good faith without the purpose of undue delay.

///

///

**IT IS HEREBY STIPULATED:**

DATED this 9th day of June 2021.

HALL JAFFE & CLAYTON, LLP

/s/ Jan K. Tomasik
_____
STEVEN T. JAFFE, ESQ.
Nevada Bar No. 007035
JAN K. TOMASIK, ESQ.
Nevada Bar No. 15104
7425 Peak Drive
Las Vegas, Nevada 89128
*Attorneys for Defendants/Cross-Claimants LICETH DEMHA-SANTIAGO and JUAN DEMHA*

DATED this 9th day of June 2021.

U.S. ATTORNEY'S OFFICE

/s/ Brian W. Irvin
_____
BRIAN W. IRVIN, ESQ.
Assistant United States Attorney
501 Las Vegas Blvd. So., Ste 1100
Las Vegas, NV 89101
Attorneys for Defendant/Cross-Defendant/Cross-Claimant
UNITED STATES OF AMERICA

DATED this 9th day of June, 2021.

H&P LAW

/s/ Majorie Hauf
_____
Adam Ganz, Esq.
Nevada Bar No. 6650
Marjorie Hauf, Esq.
Nevada Bar No. 8111
8950 W. Tropicana Ave. Suite 1
Las Vegas, NV 89147
Attorneys for Plaintiff
*SONALOLITA WILSON*

3

**ORDER**

In accordance with the stipulation of the parties, the Court orders as follows:

IT IS ORDERED that the deadline for Defendants to file Oppositions to Plaintiff's Motion for Partial Summary Judgment on Joint and Several Liability be extended from June 16, 2021 to June 30, 2021, and Plaintiff's Reply will be due 14 days thereafter, on or before July 14, 2021.

**IT IS SO ORDERED.**

Dated: June 11, 2021

_____
UNITED STATES DISTRICT COURT JUDGE