Marjorie L. Hauf, Esq.
Nevada Bar No.: 8111
Matthew G. Pfau, Esq.
Nevada Bar No.: 11439
H&P LAW
8950 W Tropicana Ave., #1
Las Vegas, NV 89147
702 598 4529 TEL
702 598 3626 FAX
mhauf@courtroomproven.com
mpfau@courtroomproven.com
Attorneys for Plaintiff,
*Sonaloita Wilson*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| **Sonalolita Wilson**, <br><br> Plaintiff, <br> vs. <br><br> **United States of America; Liceth Demha-Santiago; Juan Demha;** Does I through X; and ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | Case No.: 2-18-CV-01241-JCM-NJK <br><br> **Stipulation And Order To Extend The Time For Plaintiff To Reply To The United States' Response to Plaintiff's Motion for Partial Summary Judgment** |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, that the deadline for Plaintiff to file her Reply to the United States' Response to her Motion for Partial Summary Judgment (ECF No. 105), filed June 30, 2021, be extended from July 12, 2021, to July 16, 2021.

This is Plaintiffs' first request for an extension and this stipulation is submitted in good faith without the purpose of undue delay.

Dated this 12th day of July, 2021.

GANZ & HAUF

/s/ Marjorie Hauf
_____
MARJORIE HAUF, ESQ.
8950 W. Tropicana Ave., Ste. 1
Las Vegas, Nevada 89147
*Attorneys for Plaintiff*

Dated this 12th day of July, 2021.

UNITED STATES

/s/ Brian Irvin
_____
BRIAN W. IRVIN, ESQ.
Acting United States Attorney
CHRISTOPHER CHIOU, ESQ.
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
*Attorney for the United States*

**ORDER**

IT IS SO ORDERED. July 13, 2021.

_____
U.S. DISTRICT COURT JUDGE