# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SONALOLITA WILSON,

    Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

    Defendants.

Case No. 2:18-cv-01241-JCM-NJK

**Order**

[Docket No. 109]

    Pending before the Court is Plaintiff's Substitution of Counsel filed on October 15, 2021. Docket No. 109. Plaintiff Sonalolita Wilson, seeks to substitute Bradley S. Mainor, Esq., James D. Urrutia, Esq., and Ash Marie Blackburn, Esq. in the place and stead of Marjorie Hauf, Esq. and Matthew G. Pfau, Esq. in this matter.

    The Court **GRANTS** Plaintiff's request. Docket No. 109.

    IT IS SO ORDERED.

    Dated: October 18, 2021

                                                        _____
                                                        Nancy J. Koppe
                                                       United States Magistrate Judge