**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Sonalolita Wilson,<br>      Plaintiff,<br>   v.<br>United States of America; Liceth Demha-Santiago; Juan Demha; Does I through X; and Roe Corporations I through X;<br>      Defendants. | Case No. 2:18-cv-01241-JCM-NJK<br><br>**ORDER GRANTING Motion to Appear, Substitute and Withdraw Attorney of Record** |
| Liceth Demha-Santiago and Juan Demha,<br>      Cross-Claimants,<br>   v.<br>United States of America<br>      Cross-Defendants. | |
| United States of America,<br>      Cross-Claimant<br>   v.<br>Liceth Demha-Santiago and Juan Demha,<br>      Cross-Defendants | |

     Defendant United States of America seeks to substitute Assistant United States Attorney Skyler Pearson as the lead counsel and Patrick Rose as co-counsel for the United States of America in the place and stead of Assistant United States Attorney Brian W. Irvin.

     The United States respectfully requests the Clerk of the Court to withdraw Assistant United States Attorney Brian W. Irvin as counsel of record because he is no longer with the

United States Attorney's Office, District of Nevada, and should be terminated from further notification from the Court's CM/ECF system.

Hereinafter, all parties to the above-referenced case should notify undersigned counsel of any action in this case.

Respectfully submitted this 4th day of February 2022.

                                          CHRISTOPHER CHIOU
                                          Assistant United States Attorney

                                           *s/  Skyler Pearson*
                                          SKYLER PEARSON
                                          Assistant United States Attorney

IT IS SO ORDERED.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATED:  February 4, 2022