1
2
3
4
5                          **UNITED STATES DISTRICT COURT**
6                              **DISTRICT OF NEVADA**
7
SONALOLITA WILSON,
8            Plaintiff(s),                          Case No. 2:18-cv-01241-JCM-NJK
9   v.                                                        **Order**
10  UNITED STATES OF AMERICA, et al.,                   [Docket No. 114]
11           Defendant(s).

12          Pending before the Court is a stipulation to extend the time for filing the joint proposed
13  pretrial order by four months.  Docket No. 114.  The Court does not find such a lengthy extension
14  warranted in these circumstances.  First, it does not take four months to prepare deposition
15  transcripts for trial.  Second, the parties reference attending private mediation or a settlement
16  conference, but they have not identified a date on which either would take place.  Accordingly, the
17  stipulation to extend is **GRANTED** in part and **DENIED** in part.  The deadline to file the joint
18  proposed pretrial order is **EXTENDED** to May 4, 2022.  Any renewed request for extension based
19  on a private mediation must include details as to that mediation, including most significantly the
20  date on which the mediation will take place.  Any renewed request for extension premised on a
21  settlement conference must be accompanied by a stipulation to hold a settlement conference.[1]
22          IT IS SO ORDERED.
23          Dated: April 1, 2022
24                                              _____
25                                              Nancy J. Koppe
                                                United States Magistrate Judge
26
27
    _____
28      [1] A stipulation for settlement conference must include five dates on which all participants
    are available.

                                                1