**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SONALOLITA WILSON, | CASE NO.:  2:18-cv-01241-JCM-NJK |
| Plaintiff, | |
| vs. | |
| UNITED STATES OF AMERICA; LICETH DEMHA-SANTIAGO; JUAN DEMHA; DOES I through X; and ROE CORPORATIONS I through X, inclusive | |
| Defendants. | |
| LICETH DEMHA-SANTIAGO and JUAN DEMHA, | **STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE JOINT PROPOSED PRETRIAL ORDER (SECOND REQUEST)** |
| Cross-Claimants, | |
| vs. | |
| UNITED STATES OF AMERICA; | |
| Cross-Defendants. | |

1

| | |
|---|---|
| 1 | UNITED STATES OF AMERICA, |
| 2 | Cross-Claimant, |
| 3 | vs. |
| 4 | JUAN DEMHA and LICETH DEMHA-SANTIAGO, |
| 5 | |
| 6 | Cross-Defendant. |

### STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE JOINT PROPOSED PRETRIAL ORDER

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, that the deadline for the parties to file their Joint Proposed Pretrial Order be extended one (1) week from May 4, 2022, to May 11, 2022. Based upon the voluminous number of medical records, deposition transcripts, and other records involved in the present matter, the parties require additional time to confer and submit the Joint Pretrial Order. The requested extension of one week is a reasonable time for the parties to meet and confer about the contents of the Joint Pretrial Order. This is the parties' second request for extension,[1] and this stipulation is submitted in good faith without the purpose of undue delay.

---

[1] The parties previously sought an extension of four months to file the Joint Pretrial Order (first request for extension). On April 1, 2022, the Court denied the parties' request and extended the deadline to May 4, 2022.

2

**IT IS HEREBY STIPULATED:**

DATED this 3rd day of May 2022.

HALL JAFFE & CLAYTON, LLP

*/s/ Steven T. Jaffe*
_____
STEVEN T. JAFFE, ESQ.
Nevada Bar No. 007035
JAN K. TOMASIK, ESQ.
Nevada Bar No. 15104
7425 Peak Drive
Las Vegas, Nevada 89128
*Attorneys for Defendants/Cross-Claimants LICETH DEMHA-SANTIAGO and JUAN DEMHA*

DATED this 3rd day of May 2022.

U.S. ATTORNEY'S OFFICE

*/s/ Skyler Pearson*
_____
SKYLER PEARSON, ESQ.
Assistant United States Attorney
501 Las Vegas Blvd. So., Ste 1100
Las Vegas, NV 89101
Attorneys for Defendant/Cross-Defendant/Cross-Claimant
UNITED STATES OF AMERICA

DATED this 3rd day of May 2022.

MAINOR WIRTH

*/s/ Ash Maria Blackburn*
_____
ASH MARIE BLACKBURN, ESQ.
Nevada Bar No. 14712
6018 S. Ft. Apache Rd. | Suite 150
Las Vegas, Nevada 89148
Attorneys for Plaintiff
*SONALOLITA WILSON*

**IT IS SO ORDERED.**

Dated: May 4, 2022.

_____
Nancy J. Koppe
United States Magistrate Judge