BRADLEY S. MAINOR, ESQ.
Nevada Bar No. 7434
ASH MARIE BLACKURN, ESQ.
Nevada Bar No. 14712
**MAINOR WIRTH, LLP**
6018 S. Fort Apache Road, Ste. 150
Las Vegas, NV 89148-5652
Tel: (702) 464-5000
Fax: (702) 463-4440
ash@mwinjury.com
*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SONALOLITA WILSON<br><br>Plaintiff<br>vs.<br><br>UNITED STATES OF AMERICA ; LICETH DEMHA-SANTIAGO; JUAN DEMHA; DOES I THROUGH X; AND ROE CORPORATIONS 1 THROUGH X,<br><br>Defendants. | CASE NO.: 2:18-CV-01241-JCM-NJK<br><br>\| **JOINT PRETRIAL ORDER** |

COMES NOW Plaintiff, SONALOLITA WILSON ("Plaintiff" or "Wilson"), by and through her attorneys, BRADLEY S. MAINOR, ESQ., and ASH MARIE BLACKBURN, ESQ., of MAINOR WIRTH LLP; and Defendants UNITED STATES OF AMERICA, LLC ("USA"), by and through their attorneys, SKYLER PEARSON, ESQ., and PATRICK ROSE, ESQ., of OFFICE OF UNITED STATES ATTORNEY DISTRICT OF NEVADA, Defendants LICETH DEMHA-SANTIAGO ('SANTIAGO") and JUAN DEMHA ("DEMHA") by and through their attorneys, STEVEN T. JAFFE, ESQ. AND JAN K. TOMASIK, ESQ. of HALL JAFFE & CLAYTON, LLP; and submit the Joint Pretrial Order pursuant to LR 16-3.

## I.

### A. Summary of Action

This is a personal injury action arising out of two motor vehicle collisions that occurred on September 1, 2016, between Plaintiff WILSON and Defendant USA and Plaintiff WILSON and



**MAINOR WIRTH, LLP**
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 464-5000 | Fax: (702) 463-4440

MAINOR WIRTH, LLP
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 464-5000 | Fax: (702) 463-4440

DEMHA-SANTIAGO and DEMHA.  Plaintiff was traveling eastbound on Washington Avenue, approaching Saylor Avenue, in the eastbound lanes. Plaintiff alleges Nakia McCloud, while in the course and scope of her employment with Defendant USA, in its Department of the Treasury, IRS, was also traveling eastbound on Washington Avenue, directly behind Plaintiff.

Plaintiff alleges to have stopped in the eastbound travel lane for pedestrians who were crossing Washington Avenue. Plaintiff avers that Nakia McCloud then rear-ended Plaintiff's vehicle.

Following the first collision, Nakia McCloud pulled her vehicle off to the right side of the road. Plaintiff's vehicle remained in the roadway. As Nakia McCloud was on the phone with emergency services, while Plaintiff sat in her disabled car, her vehicle was struck again by a different vehicle, driven by Defendant DEMHA SANTIAGO. Plaintiff further contends she was injured as a result of the September 1, 2016 motor vehicle collisions.

## B.    Relief Sought

Plaintiff seeks past medical specials in an amount in excess of $1,661,262.05. Plaintiff is continuing her medical treatment. She is also seeking the present-day value of future medical expenses in the amount of $386,938.00, loss of earning capacity in the amount of $805,038.85, and past and future pain and suffering.

Plaintiff presented claims for future medical specials between $1,504,780.00 and $2,238,876.00 during discovery. Thereafter, Defendant USA filed a Motion to Strike Untimely Disclosure of Plaintiff's Expert's Life Care Plan Opinions, which was granted by the Court.

## C.    Contentions of the Parties

### 1. Plaintiff's Contentions:

Plaintiff contends that Defendants were the sole cause of the subject collisions by failing to pay full attention to their surroundings, failing to reduce their speed, and striking the rear of Plaintiff's vehicle. Plaintiff further contends that the motor vehicle collisions caused her significant injuries and the resulting damages that are the subject of this lawsuit.

### 2. Defendant USA's Contentions:

Defendant, USA contends that Plaintiff cannot establish her burden of proof as to causation or damages (if any) as to the USA in the first accident

### 3. Defendants DEMHA-SANTIAGO and DEMHA's Contentions:

Defendants LICETH DEMHA-SANTIAGO and JUAN DEMHA ("Defendants") contend that Defendant USA and Plaintiff are the sole and proximate cause of the subject incident and of Plaintiff's alleged injuries and damages, i.e., both collisions. Nakia McCloud, while in the course and scope of her employment with Defendant USA (in its Department of the Treasury, IRS), was driving directly behind Plaintiff prior to the initial collision. As a result of McCloud's failure to pay full attention to traffic in front of her, failure to keep a proper distance, and failure to reduce speed pursuant to the traffic conditions ahead of her, McCloud drove her vehicle into the rear-end of Plaintiff's vehicle. Following the initial collision, rather than exiting the roadway to her safety, Plaintiff exited her vehicle, inspected it for damage, then re-entered her vehicle which remained disabled in the roadway. While she remained in her vehicle, Plaintiff also failed to fasten her seatbelt. As a result, Plaintiff's own negligent actions combined Defendant USA's initial collision, caused the second collision to take place. Defendants contend that Plaintiff's claimed injures and damages are the result of Defendant USA and Plaintiff's negligence. Defendants further contend that but for the collision caused by McCloud, these Defendants never would have been involved in a collision with the Plaintiff.

## II.

## Statement of Jurisdiction

As against the United States, this Court has exclusive jurisdiction pursuant to 28 U.S.C. §1346(b)(1), which provides that federal courts "shall have exclusive jurisdiction of civil actions on claims against the United States… for injury or loss of property, or personal injury or death caused by the negligent or wrongful act or omission of any employee of the Government while acting within the scope of his office or employment, under circumstances where the United States, if a private person, would be liable to the claimant in accordance with the law of the place where the act or omission occurred."

MAINOR WIRTH, LLP
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 464-5000 | Fax: (702) 463-4440

MAINOR WIRTH, LLP
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 464-5000 | Fax: (702) 463-4440

### III.

**The following facts are admitted by the parties and require no proof:**

1.  Nakia McCloud was an employee of the Department of the Treasury, IRS, on September 1, 2016 and she was acting within the course and scope of her employment with the United States at the time of the motor vehicle accident.

2.  On September 1, 2016, Plaintiff WILSON was operating a 2005 Toyota Corolla, traveling eastbound on Washington Avenue, approaching Saylor Avenue, in Las Vegas, Nevada.

3.  On September 1, 2016,. Nakia McCloud was operating a General Motors Terrain SLE, traveling eastbound on Washington Avenue.

4.  On September 1, 2016, Defendant DEMHA-SANTIAGO, was operating a 2006 Acura 3.2 TL, traveling eastbound on Washington Avenue.

5.  The vehicle operated by Defendant DEMHA-SANTIAGO was owned by Defendant DEMHA.

6.  The front of Nakia McCloud's vehicle collided with the rear of Plaintiff WILSON's vehicle.

7.  The front of Defendant DEMHA-SANTIAGO's vehicle collided with the rear of Plaintiff WILSON's vehicle.

8.  The collision between DEMHA-SANTIAGO and Plaintiff did not occur until after McCloud's vehicle collided with the Plaintiff's vehicle.

### IV.

**The following facts, though not admitted, will not be contested at trial by evidence to the contrary:**

None.

### V.

**The following are Plaintiff's issues of fact to be tried and determined at trial:**

1.      Whether Nakia McCloud was negligent in her failure to operate her vehicle in a safe

and reasonable manner at the time of the incident.

2.      Whether Defendant USA is liable for Plaintiff's injuries in light of Nakia McCloud's breach of duty.

3.      Whether Defendant DEMHA-SANTIAGO failed to operate her vehicle in a safe and reasonable manner at the time of the incident.

4.      Whether Defendant JUAN DEMHA is liable for the subject collision by virtue of NRS 41.440.

5.      Whether Defendant JUAN DEMHA negligently entrusted his vehicle to Defendant DEMHA-SANTIAGO.

6.      Whether Plaintiff could have reasonably been expected to avoid the second collision pursuant to the Court's Order (ECF 113).

7.      Whether the subject collisions proximately caused injuries to Plaintiff.

8.      Whether the subject collisions proximately caused damages to Plaintiff.

9.      Whether the medical treatment claimed was/is reasonable, necessary, and related to the alleged collisions.

10.     Whether the Plaintiff will have future symptoms related to the alleged collisions.

11.     Whether the Plaintiff will incur future treatments related to the alleged collisions.

12.     Whether the Plaintiff suffered a loss of earning capacity related to the alleged collisions.

13.     Whether the Plaintiff has mitigated her damages that she relates to the alleged collisions.

14.     The monetary value of Plaintiff's damages, including pain and suffering, if any.

**The following are Defendant USA's issues of fact to be tried and determined at trial.**

1.       Whether Plaintiff should have stopped at the intersection given that the pedestrians never entered the intersection and, even if they did, the pedestrians were not in immediate harm or danger given that they were on the other side of the street and nowhere near Plaintiff's vehicle.

MAINOR WIRTH, LLP
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 464-5000 | Fax: (702) 463-4440

2. Whether Plaintiff's exit and later re-entry of her own vehicle caused her to sustain injuries due to the second accident.

3. Whether the United States is liable to Plaintiff and if so, to what extent.

4. Whether the United States' employee's actions caused Plaintiff's injuries (if any).

5. Whether and the extent to which Plaintiff was injured as a result of the first accident involving the United States' employee.

6. Whether Plaintiff or any other party's negligence contributed to the accidents and/or Plaintiff's injuries.

**The following are Defendants DEMHA-SANTIAGO, and DEMHA's issues of fact to be tried and determined at trial.**

1. Whether Nakia McCloud was negligent in her failure to operate her vehicle in a safe and reasonable manner at the time of the incident.

2. Whether Defendant USA is liable for Plaintiff's injuries in light of Nakia McCloud's breach of duty.

3. Whether Plaintiff failed to operate her vehicle in a safe and reasonable manner at the time of the subject incident, at times preceding both collisions.

4. Whether Plaintiff contributed to the initial collisions occurrence, i.e. Plaintiff's degree of fault for the collision between herself and McCloud.

5. Whether, after the first collision, Plaintiff contributed to the second collision's occurrence, i.e. Plaintiff's degree of fault for the second collision between herself and Demha.

6. Whether the collision between Plaintiff and DEMHA-SANTIAGO would have occurred but for the collision between Plaintiff and McCloud.

7. Whether Defendant JUAN DEMHA is liable for the subject collision by virtue of NRS 41.440.

8. Whether Defendant JUAN DEMHA negligently entrusted his vehicle to Defendant DEMHA-SANTIAGO.

9. Whether Plaintiff could have reasonably been expected to avoid the second collision

MAINOR WIRTH, LLP
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 464-5000 | Fax: (702) 463-4440

pursuant to the Court's Order (ECF 113).

10. Whether Plaintiff assumed the risk of reentering her vehicle following the initial collision

11. Whether the subject collisions proximately caused injuries to Plaintiff.

12. Whether the subject collisions proximately caused damages to Plaintiff.

13. Whether Plaintiff had preexisting conditions related to the body parts complained of resulting from the subject accident, and any apportionment thereof.

14. Whether the medical treatment claimed was/is reasonable, necessary, and related to the alleged collisions.

15. Whether the Plaintiff will have future symptoms related to the alleged collisions.

16. Whether the Plaintiff will incur future treatments related to the alleged collisions.

17. Whether the Plaintiff suffered a loss of earning capacity related to the alleged collisions.

18. Whether the Plaintiff has mitigated her damages that she relates to the alleged collisions.

19. The monetary value of Plaintiff's damages, including pain and suffering, if any.

## VI.

(a) The following exhibits are stipulated into evidence in this case and may be so marked by the clerk:

See "**Exhibit A-1**" of this document..

(b) The parties agree the following exhibits will be available for use at the time of trial but are not currently admitted:

See "**Exhibit A**" of this document

(c)    As to the following additional exhibits the parties propose the following:

**(1) Plaintiff's exhibits:**

See **"Exhibit B"** of this document.

Plaintiff reserves the right to use any documents disclosed by Defendants, including those which experts have reviewed and formed opinions, such as reports; pleadings; correspondence; notes and medical records and billing.

Plaintiff may use any and all writings, published works, journals, treatises, medical texts,

MAINOR WIRTH, LLP
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 464-5000 | Fax: (702) 463-4440

affidavits, films, drawings, graphs, charts, photographs, reports, computer tapes, computer discs, and other data compilations, and other medical reference materials which Plaintiff and/or Plaintiff's expert(s) use in support of Plaintiff's allegations.  By disclosing documents, Plaintiff does not waive the right to challenge and exclude documents, or portions thereof, on any basis.

Plaintiff may offer documents needed for rebuttal or impeachment purposes, including, but not limited to, discovery obtained during the course of litigation as permitted; pleadings; and other documentation in accordance with admissible evidence. There may be additional exhibits which Plaintiff may wish to offer at the time of trial, not listed above.  When and if that determination is made, notice will be given immediately and supplied to the Court and to Defendants.

### (1) Defendant USA's exhibits:

See **"Exhibit C"** of this document.

Defendant reserves the right to use any document including but not limited to discovery responses and/or deposition testimony by Plaintiff or co-defendants for impeachment and/or substantively as party admissions, as may be relevant at trial. Defendant reserves the right to use demonstrative evidence. Defendant also reserves the right to use any exhibit listed or introduced by Plaintiff or co-defendants, or as previously produced by the parties.

### (1) Defendant DEMHA-SANTIAGO, and DEMHA's exhibits:

See **"Exhibit D"** of this document.

Defendants reserve the right to use any discovery responses and/or deposition testimony by any party for impeachment and/or substantively as party admissions, as may be relevant at trial. Defendants reserve the right to use demonstrative evidence. Defendants also reserve the right to use any exhibit listed or introduced by any party.

As to the medical records listed separately in the parties' list of exhibits, the parties were unable to meet in person to review the same in light of the volume of records, Plaintiff's continued treatment, and the time permitted to submit the Proposed Joint Pre-Trial Order. However, the parties will endeavor to do so prior to trial and identify which portions of said records may be stipulated to and which may not.

**MAINOR WIRTH, LLP**
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 464-5000 | Fax: (702) 463-4440

(c) **Electronic evidence**:

1. The parties may offer Power Point images/drawings/diagrams/animations/story boards depicting the facts and circumstance of the accident, information relevant to communications between the parties, and/or deposition testimony.

2. The parties do intend to present electronic evidence for purposes of jury deliberations.

(d) **Depositions**:

1. Plaintiff will offer the following deposition testimony at trial:

| Deponent | Offered Testimony |
|----------|-------------------|
| Liceth Demha | 10:24-11:20, 21:1-19, 22:18-23:4, 27:22-28:8, 28:24-31:16, 35:20-49:24, 52:16-53:15, 57:14-62:4 |
| Nakia McCloud | 12:21-13:14, 27:4-28:16, 32:8-34:11, 34:25-35:23, 39:8-47:20, 48:22-54:22, 57:15-62:22, 65:3-72:6, 73:14-75:25, 76:24-78:15, 83:17-85:6, 92:13-93:19, 96:9-96:14 |
| Sonalolita Wilson | 13:2-13:22, 15:3-15:10, 15:15-16:15, 17:4-17:12, 19:8-19:14, 19:20-22:23, 23:9-26:10, 27:7-29:18, 34:14-35:9, 35:25-38:10, 38:24-40:25, 42:5-54:1, 54:9-60:2, 65:5-66:18,67:17-69:17, 71:6-75:23, 80:15-82:16, 86:8-88:3, 88:17-89:15, 89:25-90:13, 93:8-96:10, 97:10-101:20, 102:14-103:1, 105:18-106:18, 107:11-109:10, 109:25-111:12, 111:19-112:6, 112:19-119:4, 123:12-125:5, 125:20-135:15, 136:5-138:13 |
| Baduk Ghuman | 18:14 – 20:6, 21:9 – 22:22, 27:16 – 28:25, 30:8 – 33:11, 35:1-41:9, 44:9– 49:5, 49:6-50:8, 50:14-55:3, 55:5-56:1, 56:25-58:7, 59:2-60:23, 60:24-64:15, 64:16-67:9, 68:6-71:9, 75:11-76:25, 82:7-84:5, 84:11-88:18, 89:3-91:16, 94:19-96:12, 100:6-103:25, 108:7-110:22, 111:16-112:25, 113:21-115:25 |
| Duff Kaster | 15:3-15:22, 21:12-23:11, 24:9-25:1, 25:16-26:13, 26:24-27:12, 28:4-29:24, 32:21-33:23, 34:6-34:16, 35:1-35:18 |
| Robert Hinton | 10:4 – 11:15, 12:17 – 13:1, 14:7-15:4, 15:9-16:16, 16:20-17:12, 21:10-23:19, 24:12-25:12, 26:1-30:14, 31:1-32:2, 33:9-40:23 |
| Mark Glyman | 11:25-12:21, 14:10-15:1, 19:1-22:4, 22:18-23:16, 24:4-31:16, 33:3-33:20, 34:13-37:13,37:20-41:16, 41:22-43:9, 44:1-44:23 |
| Thomas Dunn | 7:12-9:12, 19:13-20:16, 23:5-24:2, 25:4-25:22, 26:18-31:19, 33:20-35:10, 35:17-39:10, 39:21-44:20, 48:25-50:11, 52:20-55:5, 56:7-57:7, 57:20-60:2, 60:23-61:6, 61:21-62:20, 63:19-66:3, 66:14-67:19 |
| Rick Chavez | 10:16-11:6, 20:6-20:18, 22:21-24:22, 25:3-25:14, 29:16-31:21, 41:3-42:19,45:9-46:1, 47:23-50:5, 51:1-53:9, 59:13-60:21, 63:14-63:25, 64:24-70:10, 71:10-72:24, 73:9-74:14, 75:25-76:17, 77:17-78:12, 79:1-81:14, 82:8-83:2,84:13-86:9, 87:6-87:24, 94:19-96:9, 102:21-103:19, 106:7-107:10,108:17-109:18, 110:1-112:2, 114:9-118:17 |
| Kim Balogh | 12:24-14:4, 18:3-19:2, 19:11-20:24, 22:4-25:20, 26:22-29:15, 30:9-33:5, 33:14-33:23 |

MAINOR WIRTH, LLP
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 464-5000 | Fax: (702) 463-4440

| David John Oliveri | 11:24-14:2, 14:14-15:15, 16:25-17:16, 20:1-20:16, 24:4-24:25, 26:2-26:24, 28:3-28:10, 30:3-30:17, 31:14-32:4, 32:17-36:1, 36:7-37:14, 37:22-42:1, 42:15-43:15, 44:2-45:7, 49:7-50:7, 51:8-51:16, 52:19-53:5, 53:18-54:14, 55:19-57:12, 57:21-58:20, 61:3-62:3, 64:14-64:22, 65:11-66:21, 71:8-73:5, 77:6-77:13, 77:19-78:5 |
| Robert Simmons | 13:3-13:15, 14:24-15:4, 19:21-20:14, 23:3-25:10, 28:3-29:11, 30:6-31:9, 34:25-37:8, 38:24-39:22, 41:10-42:14 |
| Jaswinder Grover | 11:23-13:13, 17:6-17:22, 20:5-21:8, 21:21-22:13, 23:1-24:11, 25:2-27:18, 29:18-31:3, 32:3-33:1, 35:18-38:21, 39:2-41:20, 43:2-43:6, 44:16-48:25, 49:1-49:25, 50:8-52:5, 53:3-55:14, 59:5-61:4, 62:10-64:7, 66:2-68:17, 70:4-74:6, 74:23-76:9, 77:7-78:15, 80:3-81:25, 84:11-85:3, 89:4-93:12, 94:6-94:13, 94:14-96:18, 96:21-97:14, 98:3-102:14, 104:7-105:16, 106:6-111:21 |
| Sonalolita Wilson pt. II | 157:1-164:11, 170:8-180:1, 182:14-183:8, 184:2-185:5, 185:6-186:17, 187:18-191:4, 191:15-192:8, 196:23-198:7,201:8-202:7, 205:1-207:17, 209:24-217:17, 218:22-220:11, 222:1-223:20, 225:3-227:8, 233:14-236:15, 237:14-239:14, 241:7-245:4, 248:3-249:4 |

Plaintiff anticipates reading depositions into the records and reserve the right to use all depositions which have been conducted in this action due to witness unavailability, if allowed under FRCP 32(a)(4)(B), to refresh recollection and/or to impeach a witness, as well as any other permitted use under the Federal Rules of Civil Procedure or the Federal Rules of Evidence.

2.      Defendant USA does not intend, at this time to offer page and line designations for any deposition transcripts. In the event Defendant USA learns that a witness is unavailable to testify at trial, Defendant USA will notify all parties and the Court of page and line designations of the unavailable witness's deposition transcript to offer at trial. Defendant USA reserves the right to use all depositions which have been conducted in this action to refresh recollection and/or to impeach a witness, and otherwise use at trial in accordance with the applicable rules, *i.e.*, Fed. R. Civ. P. 32; Fed. R. Evid. 801(d).

3.      Defendants DEMHA-SANTIAGO, and DEMHA will offer the following depositions:

| Deponent | Offered Testimony |
| --- | --- |
| Liceth Demha | 10:5-11:20, 15:7-8, 17:7-21, 20:9-13, 20:20-25, 23:15-16, 24:11-16, 27:22-28:8, 28:24-31:7, 35:20-36:12, 40:14-16, 47:14-19, 52:16-53:15, 54:20-25, 57:14-23, 58:14-20, 59:23-60:5, 61:16-20 |
| Nakia McCloud | 12:21-13:14, 24:14-25:1, 27:4-28:16, 30:20-31:5, 32:8-34:11, 34:25-35:23, 36:5-7, 39:8-47:20, 48:22-54:22, 55:4-56:13, 57:15-62:22, 65:3-72:6, 73:14-75:25, 76:24-78:15, 80:5-18, 81:10-25, 83:17-85:6, 87:9- |

MAINOR WIRTH, LLP
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 464-5000 | Fax: (702) 463-4440

MAINOR WIRTH, LLP
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 464-5000 | Fax: (702) 463-4440

| | |
|---|---|
| | 24, 89:15-25, 93:4-17, 96:9-96:14 |
| Sonalolita Wilson | 8:2-14, 11:8-22, 13:2-13:14, 15:3-16:15, 18:5-19:7, 19:20-21:11, 21:18-22:13, 24:1-12, 27:7-29:18, 35:25-38:10, 38:24-54:1, 59:14-24, 60:10-61:5, 65:5-66:20, 66:19-25, 67:10-12, 89:21-90:9, 90:20-91:8, 97:2-109:10, 112:24-113:4, 113:5-113:13,119:8-119:13, 128:15-17, 131:3-14, 136:14-137:2, 137:17-25, |
| Babuk Ghuman | 9:8-17, 9:18-11:7, 11:13-24, 15:14-25, 16:1-7, 17:19-18:2, 21:9-22:24, 24:13-23, 27:16 – 28:25, 30:8 – 33:11, 34:3-19, 35:1-41:9, 47:2-24, 48:7-18, 49:6-50:8, 50:14-55:3, 60:1-23, 62:2-25, 63:8-14, 67:6-9, 68:19-69:2, 80:5-12, 87:15-19, 91:14-23, 94:5-11, 100:9-18,112:11-25, 113:8-13 |
| Duff Kaster | 6:8-7:10, 7:11-22, 10:23-11:25, 15:23-16:10, 18:12-19:1, 21:12-15, 24:9-18, 28:4-7, 32:1-7 |
| Robert Hinton | 7:2-13, 9:6-16, 10:4 – 11:23, 12:17 – 13:1, 13:14-17:12, 18:21-19:22, 21:10-24, 23:1-9, 26:1-7, 28:17-29:21, 31:1-9, |
| Mark Glyman | 6:3-7:25, 8:13-15, 10:1-11:24, 13:7-10, 14:10-19, 16:11-17:9, 19:4-20:25, 21:8-22:4, 24:4-9, 30:1-31:16, 37:20-25 |
| Thomas Dunn | 6:12-7:23, 9:14-22, 10:8-23, 12:2-7, 18:3-19:5, 19:13-20:16, 23:5-24:2, 37:10-17, 42:8-43:24, 45:17-47:5, 50:3-11, 60:3-21, 60:23-61:6, |
| Rick Chavez | 5:7-16, 21:1-3, 26:4-6, 28:3-10, 40:15-41:5, 44:3-45:8, 56:3-6, 59:6-7, 61:10-62:6, 62:18-63:1, 64:5-20, 65:8-15, 67:4-68:25, 69:1-5, 71:10-21, 72:2-14, 73:17-23, 74:15-22, 77:5-12, 84:13-21, 85:1-17, 86:1-9, 88:16-17, 90:5-9, 96:4, 105:4-5, 111:3-19, 114:16-115:22, 119:22-120:1, 120:20-121:2 |
| Kim Balogh | 7:19-18:2, 12:4-13:8, 18:22-19:2, 24:9-25:9, 25:21-26:21, 28:7-13, 28:22-29:2, 30:24-31:19, 32:14-33:23 |
| David John Olivieri | 7:25-9:25, 10:14-21, 11:12-24, 12:1-13:12, 14:9-15:6, 15:7-18, 15:23 16:3, 16:4-24, 17:17-21, 18:4-19:3, 20:1-21, 21:2-22:16, 23:18-24:25, 25:4-26:24, 27:3-28:10, 29:24-30:14, 31:3-32:14, 32:22-33:20, 34:4-36:1, 36:7-37:14, 39:1-21, 39:23-42:1, 42:15-43:2, 44:1-5, 44:7-45:7, 45:19-46:5, 47:3-23, 51:1-16, 55:19-56:8, 57:21-58:4, 58:10-20, 58:21 59:22, 60:1-9, 60:14-61:22, 64:4-22, 65:25-66:16, 66:17-67:2, 67:3 68:13, 68:14-22, 68:23-69:1, 69:18-70:13, 71:11-14, 77:22-79:23 |
| Robert Simmons | 7:15-19, 8:6-8, 11:7-13, 13:10-15, 14:9-13, 14:25-15:2, 16:6-17:1, 17:9-16, 18:12-19:11, 20:4-20:22, 21:3-6, 24:1-25:2, 26:10 27:8, 28:3-23, 29:20-30:18, 31:5-25, 32:4-17, 34:25-36:7, 36:8-25, 37:1-8, 38:24-39:17, 41:10-25 |
| Jaswinder Grover | 8:19-21, 12:15-13:13, 20:5-8, 21:18-20, 23:1-24:11, 26:22-27:18, 29:18-30:13, 33:2-3, 35:18-11, 36:22-37:1, 38:7-21, 39:2-41:20, 44:3-5, 45:10-19, 46:13-47:24, 48:12-25, 50:8-19, 56:2-7, 56:16-22, 58:7-25, 63:13-23, 64:17-66:1, 67:3-68:6, 69:1-24, 71:11-72:23, 74:20-76:9, 80:8-19, 84:2-16, 88:2-19, 89:2-17, 90:16-91:22, 94:14-95:18, 96:2-18, 97:2-22, 98:3-99:8, 99:9-100:18, 102:16-103:20, 103:21-104:3, 104:10-105:9, 105:10-12, 106:4-107:9, 107:11-108:1, 108:2-9, |
| Sonalolita Wilson pt. | 148:16-25, 150:22-151:16, 152:1-7, 155:6-25, 157:1-164:11, 164:21- |

MAINOR WIRTH, LLP
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 464-5000 | Fax: (702) 463-4440

| | |
|---|---|
| II | 170:13,  172:22-25,  174:1-8,  174:17-23,  175:13-25,  176:16-177:7, 177:11-21, 180:19-22, 182:14-183:8, 185:6-186:12,   189:7-190:19, 192:2-8,   192:25-193:6, 201:9-15, 205:1-22, 213:7-14, 213:18-22, 214:9-14, 217:5-25, 225:3-12, 238:19-239:11, 243:5-244:6, 248:11-24 |
| Frank Perez | Plaintiff is in the process of obtaining his deposition transcript and will supplement at a later date. |

Defendants anticipate reading depositions into the records and reserve the right to use all depositions which have been conducted in this action due to witness unavailability, if allowed under FRCP 32(a)(4)(B), to refresh recollection and/or to impeach a witness, as well as any other permitted use under the Federal Rules of Civil Procedure or the Federal Rules of Evidence.

**(f) Objections to Depositions**:

(1) Plaintiff objects to Defendant USA's depositions as follows:

Plaintiff reserves the right to object to any particular portions of the deposition transcript(s), including, without limitation, if and/or when Defendant USA provides them.

(2) Plaintiff objects to Defendant DEMHA-SANTIAGO, and DEMHA's depositions as follows:

| Deponent | Offered Testimony | Plaintiff's Objections |
|---|---|---|
| Liceth Demha | 10:5-11:20, 15:7-8, 17:7-21, 20:9-13, 20:20-25, 23:15-16, 24:11-16, 27:22-28:8, 28:24-31:7, 35:20-36:12, 40:14-16, 47:14-19, 52:16-53:15, 54:20-25, 57:14-23, 58:14-20, 59:23-60:5, 61:16-20 | 17:7 – 21 – Relevance<br>20:20 – 25 – Relevance<br>54:20 – 25 – Relevance |
| Nakia McCloud | 12:21-13:14, 24:14-25:1, 27:4-28:16, 30:20-31:5, 32:8-34:11, 34:25-35:23, 36:5-7, 39:8-47:20, 48:22-54:22, 55:4-56:13, 57:15-62:22, 65:3-72:6, 73:14-75:25, 76:24-78:15, 80:5-18, 81:10-25, 83:17-85:6, 87:9-24, 89:15-25, 93:4-17, 96:9-96:14 | 24:14 – 18 – Relevance<br>30:20 – 31:5 – Speculation<br>34:25 – 35:23 – Relevance |
| Sonalolita Wilson | 8:2-14, 11:8-22, 13:2-13:14, 15:3-16:15, 18:5-19:7, 19:20-21:11,  21:18-22:13, 24:1-12, 27:7-29:18, 35:25-38:10, 38:24-54:1, 59:14-24, 60:10-61:5, 65:5-66:20, 66:19-25, 67:10-12, 89:21-90:9, 90:20-91:8, 97:2-109:10, 112:24-113:4, 113:5-113:13,119:8-119:13, 128:15-17, 131:3-14, 136:14-137:2, 137:17-25, | 27:7 – 28:23 – Relevance; more prejudicial than probative<br><br>60:10 – 61:5 – Relevance; attorney client privilege; more prejudicial than probative |
| Babuk Ghuman | 9:8-17, 9:18-11:7, 11:13-24, 15:14-25, 16:1-7, 17:19-18:2, 21:9-22:24, 24:13- | 11:13 – 24 – Relevance |

| | | |
|---|---|---|
| | 23, 27:16 – 28:25, 30:8 – 33:11, 34:3-19, 35:1-41:9, 47:2-24, 48:7-18, 49:6-50:8, 50:14-55:3, 60:1-23, 62:2-25, 63:8-14, 67:6-9, 68:19-69:2, 80:5-12, 87:15-19, 91:14-23, 94:5-11, 100:9-18,112:11-25, 113:8-13 | 47:2 – 24 – Misrepresents facts in evidence; speculation<br><br>48:7 – 18 – Relevance; more prejudicial than probative<br><br>62:2 – 63:14 – Speculation; Relevance; Assumes facts not in evidence<br><br>112:11 – 25 – Misrepresents facts in evidence; speculation<br><br>Plaintiff objects to any hypothetical questions not based in evidence as to the causation of Plaintiff's injuries. |
| Duff Kaster | 6:8-7:10, 7:11-22, 10:23-11:25, 15:23-16:10, 18:12-19:1, 21:12-15, 24:9-18, 28:4-7, 32:1-7 | 32:1 – 7 – Misrepresents the witness' testimony; vague<br><br>Plaintiff objects to any hypothetical questions not based in evidence as to the causation of Plaintiff's injuries. |
| Robert Hinton | 7:2-13, 9:6-16, 10:4 – 11:23, 12:17 – 13:1, 13:14-17:12, 18:21-19:22, 21:10-24, 23:1-9, 26:1-7, 28:17-29:21, 31:1-9, | |
| Mark Glyman | 6:3-7:25,  8:13-15,  10:1-11:24,  13:7-10, 14:10-19,  16:11-17:9,  19:4-20:25,  21:8-22:4, 24:4-9, 30:1-31:16, 37:20-25 | 13:7 – 10 – Relevance<br><br>14:10 – 19 – Relevance<br><br>Plaintiff objects to any hypothetical questions not based in evidence as to the causation of Plaintiff's injuries. |
| Thomas Dunn | 6:12-7:23, 9:14-22, 10:8-23, 12:2-7, 18:3-19:5, 19:13-20:16, 23:5-24:2, 37:10-17, 42:8-43:24, 45:17-47:5, 50:3-11, 60:3-21, 60:23-61:6, | 18:3 – 19:5 – Relevance<br><br>42:8 – 43:24 – Speculation; improper hypothetical<br><br>60:3 – 21 – Relevance<br><br>Plaintiff objects to any hypothetical questions not based |

MAINOR WIRTH, LLP
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 464-5000 | Fax: (702) 463-4440

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MAINOR WIRTH, LLP
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 464-5000 | Fax: (702) 463-4440

| | | |
|---|---|---|
| | | in evidence as to the causation of Plaintiff's injuries. |
| Rick Chavez | 5:7-16, 21:1-3, 26:4-6, 28:3-10, 40:15-41:5, 44:3-45:8, 56:3-6, 59:6-7, 61:10-62:6, 62:18-63:1, 64:5-20, 65:8-15, 67:4-68:25, 69:1-5, 71:10-21, 72:2-14, 73:17-23, 74:15-22, 77:5-12, 84:13-21, 85:1-17, 86:1-9, 88:16-17, 90:5-9, 96:4, 105:4-5, 111:3-19, 114:16-115:22, 119:22-120:1, 120:20-121:2 | |
| Kim Balogh | 7:19-18:2, 12:4-13:8, 18:22-19:2, 24:9-25:9, 25:21-26:21, 28:7-13, 28:22-29:2, 30:24-31:19, 32:14-33:23 | |
| David John Oliveri | 7:25-9:25, 10:14-21, 11:12-24, 12:1-13:12, 14:9-15:6, 15:7-18, 15:23 16:3, 16:4-24, 17:17-21, 18:4-19:3, 20:1-21, 21:2-22:16, 23:18-24:25, 25:4-26:24, 27:3-28:10, 29:24-30:14, 31:3-32:14, 32:22-33:20, 34:4-36:1, 36:7-37:14, 39:1-21, 39:23-42:1, 42:15-43:2, 44:1-5, 44:7-45:7, 45:19-46:5, 47:3-23, 51:1-16, 55:19-56:8, 57:21-58:4, 58:10-20, 58:21 59:22, 60:1-9, 60:14-61:22, 64:4-22, 65:25-66:16, 66:17-67:2, 67:3 68:13, 68:14-22, 68:23-69:1, 69:18-70:13, 71:11-14, 77:22-79:23 | 10:14 – 21 – Relevance<br>18:4 – 19:3 – Relevance<br>27:3 – 28:10 – Speculation<br>42:15 – 43:2 – Speculation<br><br>67:3 – 68:13 – Relevance; violation of the collateral source rule<br><br>77:22 – 79:23 – Speculation<br><br>Plaintiff objects to any hypothetical questions not based in evidence as to the causation of Plaintiff's injuries. |
| Robert Simmons | 7:15-19, 8:6-8, 11:7-13, 13:10-15, 14:9-13, 14:25-15:2, 16:6-17:1, 17:9-16, 18:12-19:11, 20:4-20:22, 21:3-6, 24:1-25:2, 26:10 27:8, 28:3-23, 29:20-30:18, 31:5-25, 32:4-17, 34:25-36:7, 36:8-25, 37:1-8, 38:24-39:17, 41:10-25 | 24:1 – 25:2 – Speculation<br><br>29:20 – 32:17 – Speculation; misstates facts in evidence; improper hypothetical<br><br>36:8 – 25 – Speculation<br><br>41:10 – 25 – Relevance |
| Jaswinder Grover | 8:19-21, 12:15-13:13, 20:5-8, 21:18-20, 23:1-24:11, 26:22-27:18, 29:18-30:13, 33:2-3, 35:18-11, 36:22-37:1, 38:7-21, 39:2-41:20, 44:3-5, 45:10-19, 46:13-47:24, 48:12-25, 50:8-19, 56:2-7, 56:16-22, 58:7-25, | 63:13-23 and 64:17 – 66:1 – Relevance; speculation |

| | 63:13-23, 64:17-66:1, 67:3-68:6, 69:1-24, 71:11-72:23, 74:20-76:9, 80:8-19, 84:2-16, 88:2-19, 89:2-17, 90:16-91:22, 94:14-95:18, 96:2-18, 97:2-22, 98:3-99:8, 99:9-100:18, 102:16-103:20, 103:21-104:3, 104:10-105:9, 105:10-12, 106:4-107:9, 107:11-108:1, 108:2-9, | |
| Sonalolita Wilson pt. II | 148:16-25, 150:22-151:16, 152:1-7, 155:6-25, 157:1-164:11, 164:21-170:13, 172:22-25, 174:1-8, 174:17-23, 175:13-25, 176:16-177:7, 177:11-21, 180:19-22, 182:14-183:8, 185:6-186:12, 189:7-190:19, 192:2-8, 192:25-193:6, 201:9-15, 205:1-22, 213:7-14, 213:18-22, 214:9-14, 217:5-25, 225:3-12, 238:19-239:11, 243:5-244:6, 248:11-24 | 157:1 – 164:11 – Relevance<br>164:21 – 170:13 – Relevance<br>185:6 – 186:12 – Relevance<br>189:7 – 190:19 – Relevance<br><br>192:25 – 193:6 – Relevance; hearsay<br><br>201:21 – 24 -- Relevance<br>205:1 – 22 – Relevance |

(3) Defendant USA objects to plaintiff's depositions as follows:

    a. Plaintiff WILSON's depositions: All testimony.

    b. David John Oliveri's deposition: All testimony; including, without limitation, to any testimony related to David John Oliveri's life care plan and future medical treatments as struck by the Court. *See* ECF No. 90.

    c. To the extent Plaintiff intends to call Defendant USA's expert witnesses and present their deposition testimony in her case-in-chief, Defendant USA objects to: All Plaintiff's proposed testimony of Defendant USA's expert witnesses; including, without limitation, to Rick Chavez and Kimberly Balough's testimony.

    Defendant, USA reserves the right to object to any particular portions of the other deposition transcripts, including, without limitation, those provided by Plaintiff and Defendants DEHMA-SANTIAGO and DEMHA's inclusions in this order. Furthermore, USA joins as to co-defendant DEMHA-SANTIAGO's objections to Plaintiff's depositions as noted in subsection (4) below. USA further objects to the extent that either Plaintiff or co-defendants seek to introduce or use any deposition transcript at trial beyond that allowed under Federal Rules of Civil Procedure and/or the Federal Rules of Evidence.

MAINOR WIRTH, LLP<br>6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148<br>Phone: (702) 464-5000 | Fax: (702) 463-4440

1

(4) The United States objects to Defendants DEMHA-SANTIAGO and DEMHA's deposition page,

2

line designations as follows:

3

| Deponent | Offered Testimony |
|----------|-------------------|
| Liceth Demha | 10:5-11:20 (relevance; prejudicial; calls for speculation; incomplete hypothetical; expert opinion)<br>20:20-25 (relevance; prejudicial; character evidence) |
| Nakia McCloud | 12:21-13:14 (relevance; prejudicial; calls for speculation; incomplete hypothetical; expert opinion)<br>27:4-28:16 (relevance)<br>30:20-31:5 (relevance)<br>34:25-35:23 (relevance; prejudicial; character evidence)<br>36:5-7 (relevance, confusion of issues)<br>39:8-47:20 (relevance; legal conclusion)<br>55:4-56:13 (relevance; prejudice; hearsay; best evidence rule)<br>57:15-62:22 (relevance; prejudice; hearsay; best evidence rule)<br>76:24-78:15 (relevance; hearsay; best evidence rule)<br>80:5-18 (relevance; prejudice; legal conclusion; best evidence rule)<br>81:10-25 (relevance; prejudice; legal conclusion; calls for speculation)<br>83:17-85:6 (relevance; prejudice; hypothetical to lay witness; legal conclusion; calls for speculation)<br>89:15-25 (relevance; prejudice; testimony by counsel) |
| Sonalolita Wilson | 24:1-12 (legal conclusion, expert opinion)<br>119:8-119:13 (hearsay) |
| Babuk Ghuman | 9:18-11:7 (relevance)<br>15:14-25 (relevance)<br>62:2-25 (relevance; best evidence rule)<br>67:6-9 (relevance; best evidence rule)<br>87:15-19 (relevance)<br>113:8-13 (relevance) |
| Duff Kaster | 6:8-7:10 (relevance)<br>10:23-11:25 (relevance) |
| Robert Hinton | 13:14-17:12 (object to 16:9-16 on grounds of relevance, prejudice, self-serving hearsay, legal conclusion) |
| Mark Glyman | 6:3-7:25 (relevance)<br>10:1-11:24 (relevance; best evidence rule);<br>13:7-10 (relevance; prejudicial)<br>24:4-9 (relevance; foundation) |
| Thomas Dunn | 60:3-21 (relevance; hearsay; counsel testifying) |
| Rick Chavez | 5:7-16 (relevance; foundation; best evidence rule)<br>28:3-10 (relevance)<br>40:15-41:5 (relevance)<br>44:3-45:8 (relevance; best evidence rule)<br>56:3-6 (relevance) |

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MAINOR WIRTH, LLP
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 464-5000 | Fax: (702) 463-4440

MAINOR WIRTH, LLP
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 464-5000 | Fax: (702) 463-4440

| | 59:6-7 (incomplete hypothetical; relevance) |
| | 64:5-20 (testimony by counsel) |
| Kim Balogh | 30:24-31:19 (relevance; incomplete hypothetical; foundation) |
| | 32:14-33:23 (incomplete/improper hypothetical; foundation) |
| David John Olivieri | 11:12-24 (relevance) |
| | 15:23 16:3 (relevance; foundation; 702) |
| | 34:4-36:1 (relevance; speculation) |
| | 69:18-70:13 (relevance; foundation; 702) |
| | 77:22-79:23 (relevance; foundation; 702) |
| Robert Simmons | 7:15-19 (relevance) |
| | 11:7-13 (relevance) |
| | 17:9-16 (relevance) |
| | 24:1-25:2 (hearsay) |
| Jaswinder Grover | 21:18-20 (relevance) |
| | 44:3-5 (relevance; foundation) |
| Sonalolita Wilson pt. II | 243:5-244:6 (hearsay; legal conclusion) |

(5) Defendant DEMHA-SANTIAGO, and DEMHA object to plaintiff's depositions as follows:

| Deponent | Offered Testimony |
|---|---|
| Liceth Demha | 10:24-11:20, (calls for speculation; incomplete hypothetical; expert opinion) |
| | 21:1-19, (relevance; prejudicial) |
| | 22:18-23:4, (relevance) |
| | 27:22-28:8, (relevance) |
| | 28:24-31:16, (relevance; assumption) |
| | 35:20-49:24, (relevance; expert opinion) |
| | 57:14-62:4 (relevance; expert opinion) |
| Nakia McCloud | 39:8-47:20, (expert opinion) |
| | 83:17-85:6, (incomplete hypothetical; calls for speculation; expert opinion) |
| | 92:13-93:19, (calls for legal conclusion; expert opinion) |
| Sonalolita Wilson | 13:2-13:22, (relevance, prejudicial, expert opinion) |
| | 19:8-19:14, (relevance) |
| | 23:9-26:10, (expert opinion) |
| | 38:24-40:25, (expert opinion) |
| | 42:5-54:1, (relevance, expert opinion) |
| | 54:9-60:2, (relevance, expert opinion, best evidence rule) |
| | 71:6-75:23, (expert opinion, best evidence rule) |
| | 80:15-82:16, (relevance, prejudicial) |
| | 86:8-88:3, (relevance, expert opinion, prejudicial, best evidence rule) |
| | 88:17-89:15, (relevance, expert opinion, prejudicial, best evidence rule) |
| | 89:25-90:13, (relevance, expert opinion, prejudicial, best evidence rule) |
| | 93:8-96:10, (relevance, expert opinion, prejudicial, best evidence rule) |
| | 102:14-103:1, (relevance, prejudicial, best evidence rule) |
| | 105:18-106:18, (relevance, prejudicial) |
| | 107:11-109:10, (relevance, prejudicial) |
| | 109:25-111:12, (relevance, prejudicial, best evidence rule) |

MAINOR WIRTH, LLP
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 464-5000 | Fax: (702) 463-4440

| | |
|---|---|
| | 112:19-119:4, (relevance, prejudicial, best evidence rule) |
| | 125:20-135:15, (relevance, prejudicial, best evidence rule) |
| | 136:5-138:13 (relevance, prejudicial, best evidence rule) |
| Baduk Ghuman | 18:14 – 20:6, (relevance, prejudicial) |
| | 21:9 – 22:22, (relevance, prejudicial) |
| | 27:16 – 28:25, (relevance, prejudicial, best evidence rule) |
| | 35:1-41:9, (relevance, prejudicial, best evidence rule) |
| | 44:9– 49:5, (relevance, prejudicial, best evidence rule) |
| | 50:14-55:3, (relevance, prejudicial, best evidence rule) |
| | 55:5-56:1, (relevance, prejudicial, best evidence rule) |
| | 56:25-58:7, (relevance, prejudicial, best evidence rule) |
| | 59:2-60:23, (relevance, prejudicial, best evidence rule) |
| | 60:24-64:15, (relevance, prejudicial, best evidence rule) |
| | 64:16-67:9, (relevance, prejudicial, best evidence rule) |
| | 68:6-71:9, (relevance, prejudicial, best evidence rule) |
| | 75:11-76:25, (relevance, prejudicial, best evidence rule) |
| | 82:7-84:5, (relevance, prejudicial, best evidence rule) |
| | 84:11-88:18, (relevance, prejudicial, best evidence rule) |
| | 89:3-91:16, (relevance, prejudicial, best evidence rule) |
| | 94:19-96:12, (relevance, prejudicial, best evidence rule) |
| | 100:6-103:25, (relevance, prejudicial, best evidence rule) |
| | 108:7-110:22, (relevance, prejudicial, best evidence rule) |
| | 111:16-112:25, (relevance, prejudicial, best evidence rule) |
| | 113:21-115:25 (relevance, prejudicial, best evidence rule) |
| Duff Kaster | 15:3-15:22, (relevance, prejudicial, best evidence rule) |
| | 21:12-23:11, (relevance, prejudicial, best evidence rule) |
| | 24:9-25:1, (relevance, prejudicial, best evidence rule) |
| | 25:16-26:13, (relevance, prejudicial, best evidence rule) |
| | 26:24-27:12, (relevance, prejudicial, best evidence rule) |
| | 28:4-29:24, (relevance, prejudicial, best evidence rule) |
| | 32:21-33:23, (relevance, prejudicial, best evidence rule) |
| | 34:6-34:16, (relevance, prejudicial, best evidence rule) |
| | 35:1-35:18(relevance, prejudicial, best evidence rule) |
| Robert Hinton | 21:10-23:19, (relevance, prejudicial, best evidence rule) |
| | 24:12-25:12, (relevance, prejudicial, expert opinion, best evidence rule) |
| | 26:1-30:14, (relevance, prejudicial, expert opinion, best evidence rule) |
| | 31:1-32:2, (relevance, prejudicial, expert opinion, best evidence rule) |
| | 33:9-40:23(relevance, prejudicial, expert opinion, best evidence rule) |
| Mark Glyman | 11:25-12:21, (relevance, prejudicial, best evidence rule) |
| | 14:10-15:1, (relevance, prejudicial, best evidence rule) |
| | 19:1-22:4, (relevance, prejudicial, best evidence rule) |
| | 22:18-23:16, (relevance, prejudicial, best evidence rule) |
| | 24:4-31:16, (relevance, prejudicial, best evidence rule) |
| | 33:3-33:20, (relevance, prejudicial, best evidence rule) |
| | 34:13-37:13, (relevance, prejudicial, best evidence rule) |
| | 37:20-41:16, (relevance, prejudicial, best evidence rule) |
| | 41:22-43:9, (relevance, prejudicial, expert opinion, best evidence rule) |

MAINOR WIRTH, LLP
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 464-5000 | Fax: (702) 463-4440

| | |
|---|---|
| | 44:1-44:23(relevance, prejudicial, expert opinion, best evidence rule) |
| Thomas Dunn | 25:4-25:22, (relevance, prejudicial, best evidence rule) |
| | 26:18-31:19, (relevance, prejudicial, best evidence rule) |
| | 33:20-35:10, (relevance, prejudicial, best evidence rule) |
| | 35:17-39:10, (relevance, prejudicial, best evidence rule) |
| | 39:21-44:20, (relevance, prejudicial, best evidence rule) |
| | 48:25-50:11, (relevance, prejudicial, best evidence rule) |
| | 52:20-55:5, (relevance, prejudicial, best evidence rule) |
| | 56:7-57:7, (relevance, prejudicial, best evidence rule) |
| | 57:20-60:2, (relevance, prejudicial, best evidence rule) |
| | 60:23-61:6, (relevance, prejudicial, best evidence rule) |
| | 61:21-62:20, (relevance, prejudicial, best evidence rule) |
| | 63:19-66:3, (relevance, prejudicial, best evidence rule) |
| | 66:14-67:19(relevance, prejudicial, best evidence rule) |
| Rick Chavez | 10:16-11:6, (relevance, prejudicial, best evidence rule) |
| | 20:6-20:18, (relevance, prejudicial, best evidence rule) |
| | 22:21-24:22, (relevance, prejudicial, best evidence rule) |
| | 25:3-25:14, (relevance, prejudicial, best evidence rule) |
| | 29:16-31:21, (relevance, prejudicial, best evidence rule) |
| | 41:3-42:19, (relevance, prejudicial, best evidence rule) |
| | 45:9-46:1, (relevance, prejudicial, best evidence rule) |
| | 47:23-50:5, (relevance, prejudicial, best evidence rule) |
| | 51:1-53:9, (relevance, prejudicial, best evidence rule) |
| | 59:13-60:21, (relevance, prejudicial, best evidence rule) |
| | 63:14-63:25, (relevance, prejudicial, best evidence rule) |
| | 64:24-70:10, (relevance, prejudicial, best evidence rule) |
| | 71:10-72:24, (relevance, prejudicial, best evidence rule) |
| | 73:9-74:14, (relevance, prejudicial, best evidence rule) |
| | 75:25-76:17, (relevance, prejudicial, best evidence rule) |
| | 77:17-78:12, (relevance, prejudicial, best evidence rule) |
| | 79:1-81:14, (relevance, prejudicial, best evidence rule) |
| | 82:8-83:2, (relevance, prejudicial, best evidence rule) |
| | 84:13-86:9, (relevance, prejudicial, best evidence rule) |
| | 87:6-87:24, (relevance, prejudicial, best evidence rule) |
| | 94:19-96:9, (relevance, prejudicial, best evidence rule) |
| | 102:21-103:19, (relevance, prejudicial, best evidence rule) |
| | 106:7-107:10, (relevance, prejudicial, best evidence rule) |
| | 108:17-109:18, (relevance, prejudicial, best evidence rule) |
| | 110:1-112:2, (relevance, prejudicial, best evidence rule) |
| | 114:9-118:17(relevance, prejudicial, best evidence rule) |
| Kim Balogh | 12:24-14:4, (relevance, prejudicial, speculative, best evidence rule) |
| | 18:3-19:2, (relevance, prejudicial, speculative, best evidence rule) |
| | 19:11-20:24, (relevance, prejudicial, speculative, best evidence rule) |
| | 22:4-25:20, (relevance, prejudicial, speculative, best evidence rule) |
| | 26:22-29:15, (relevance, prejudicial, speculative, best evidence rule) |
| | 30:9-33:5, (relevance, prejudicial, speculative, best evidence rule) |
| | 33:14-33:23 (relevance, prejudicial, speculative, best evidence rule) |

MAINOR WIRTH, LLP
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 464-5000 | Fax: ( 702) 463-4440

| David John Olivieri | 11:24-14:2, (relevance, prejudicial, best evidence rule) |
|---|---|
| | 14:14-15:15, (relevance, prejudicial, best evidence rule) |
| | 16:25-17:16, (relevance, prejudicial, best evidence rule) |
| | 20:1-20:16, (relevance, prejudicial, best evidence rule) |
| | 24:4-24:25, (relevance, prejudicial, best evidence rule) |
| | 26:2-26:24, (relevance, prejudicial, best evidence rule) |
| | 28:3-28:10, (relevance, prejudicial, best evidence rule) |
| | 30:3-30:17, (relevance, prejudicial, best evidence rule) |
| | 31:14-32:4, (relevance, prejudicial, best evidence rule) |
| | 32:17-36:1, (relevance, prejudicial, best evidence rule) |
| | 36:7-37:14, (relevance, prejudicial, best evidence rule) |
| | 37:22-42:1, (relevance, prejudicial, best evidence rule) |
| | 42:15-43:15, (relevance, prejudicial, best evidence rule) |
| | 44:2-45:7, (relevance, prejudicial, best evidence rule) |
| | 49:7-50:7, (relevance, prejudicial, best evidence rule) |
| | 51:8-51:16, (relevance, prejudicial, best evidence rule) |
| | 52:19-53:5, (relevance, prejudicial, best evidence rule) |
| | 53:18-54:14, (relevance, prejudicial, best evidence rule) |
| | 55:19-57:12, (relevance, prejudicial, best evidence rule) |
| | 57:21-58:20, (relevance, prejudicial, best evidence rule) |
| | 61:3-62:3, (relevance, prejudicial, best evidence rule) |
| | 64:14-64:22, (relevance, prejudicial, best evidence rule) |
| | 65:11-66:21, (relevance, prejudicial, best evidence rule) |
| | 71:8-73:5, (relevance, prejudicial, best evidence rule) |
| | 77:6-77:13, (relevance, prejudicial, best evidence rule) |
| | 77:19-78:5(relevance, prejudicial, best evidence rule) |
| Robert Simmons | 13:3-13:15, (relevance, prejudicial, best evidence rule) |
| | 14:24-15:4, (relevance, prejudicial, best evidence rule) |
| | 19:21-20:14, (relevance, prejudicial, best evidence rule) |
| | 23:3-25:10, (relevance, prejudicial, best evidence rule) |
| | 28:3-29:11, (relevance, prejudicial, best evidence rule) |
| | 30:6-31:9, (relevance, prejudicial, best evidence rule) |
| | 34:25-37:8, (relevance, prejudicial, best evidence rule) |
| | 38:24-39:22, (relevance, prejudicial, best evidence rule) |
| | 41:10-42:14(relevance, prejudicial, best evidence rule) |
| Jaswinder Grover | 11:23-13:13, (relevance, prejudicial, best evidence rule) |
| | 17:6-17:22, (relevance, prejudicial, best evidence rule) |
| | 20:5-21:8, (relevance, prejudicial, best evidence rule) |
| | 21:21-22:13, (relevance, prejudicial, best evidence rule) |
| | 23:1-24:11, (relevance, prejudicial, best evidence rule) |
| | 25:2-27:18, (relevance, prejudicial, best evidence rule) |
| | 29:18-31:3, (relevance, prejudicial, best evidence rule) |
| | 32:3-33:1, (relevance, prejudicial, best evidence rule) |
| | 35:18-38:21, (relevance, prejudicial, best evidence rule) |
| | 39:2-41:20, (relevance, prejudicial, best evidence rule) |
| | 43:2-43:6, (relevance, prejudicial, best evidence rule) |
| | 44:16-48:25, (relevance, prejudicial, best evidence rule) |

| | |
|---|---|
| | 49:1-49:25, (relevance, prejudicial, best evidence rule) |
| | 50:8-52:5, (relevance, prejudicial, best evidence rule) |
| | 53:3-55:14, (relevance, prejudicial, best evidence rule) |
| | 59:5-61:4, (relevance, prejudicial, best evidence rule) |
| | 62:10-64:7, (relevance, prejudicial, best evidence rule) |
| | 66:2-68:17, (relevance, prejudicial, best evidence rule) |
| | 70:4-74:6, (relevance, prejudicial, best evidence rule) |
| | 74:23-76:9, (relevance, prejudicial, best evidence rule) |
| | 77:7-78:15, (relevance, prejudicial, best evidence rule) |
| | 80:3-81:25, (relevance, prejudicial, best evidence rule) |
| | 84:11-85:3, (relevance, prejudicial, best evidence rule) |
| | 89:4-93:12, (relevance, prejudicial, best evidence rule) |
| | 94:6-94:13, (relevance, prejudicial, best evidence rule) |
| | 94:14-96:18, (relevance, prejudicial, best evidence rule) |
| | 96:21-97:14, (relevance, prejudicial, best evidence rule) |
| | 8:3-102:14, (relevance, prejudicial, best evidence rule) |
| | 104:7-105:16, (relevance, prejudicial, best evidence rule) |
| | 106:6-111:21(relevance, prejudicial, best evidence rule) |
| Sonalolita Wilson pt. II | 170:8-180:1, (relevance, prejudicial, expert opinion, best evidence rule) |
| | 184:2-185:5, (relevance, prejudicial, expert opinion, best evidence rule) |
| | 185:6-186:17, (relevance, prejudicial, expert opinion, best evidence rule) |
| | 187:18-191:4, (relevance, prejudicial, expert opinion, best evidence rule) |
| | 191:15-192:8, (relevance, prejudicial, expert opinion, best evidence rule) |
| | 196:23-198:7, (relevance, prejudicial, expert opinion, best evidence rule) |
| | 205:1-207:17, (relevance, prejudicial, expert opinion, best evidence rule) |
| | 209:24-217:17, (relevance, prejudicial, expert opinion, best evidence rule) |
| | 218:22-220:11, (relevance, prejudicial, expert opinion, best evidence rule) |
| | 222:1-223:20, (relevance, prejudicial, expert opinion, best evidence rule) |
| | 225:3-227:8, (relevance, prejudicial, expert opinion, best evidence rule) |
| | 233:14-236:15, (relevance, prejudicial, expert opinion, best evidence rule) |
| | 237:14-239:14, (relevance, prejudicial, expert opinion, best evidence rule) |
| | 241:7-245:4, (relevance, prejudicial, expert opinion, best evidence rule) |
| | 248:3-249:4(relevance, prejudicial, expert opinion, best evidence rule) |

## VII.

The following witnesses may be called by the parties at trial:

    (a)    **Plaintiff intends to call the following witnesses at trial:**

    1.    Plaintiff, SONALOLITA WILSON
    c/o /o Bradley S. Mainor, Esq.
    Joseph J. Wirth, Esq.
    Ash Marie Blackburn, Esq.
    Joseph W. Guindy, Esq.
    MAINOR WIRTH, LLP
    6018 S. Fort Apache Road, Ste. 150

MAINOR WIRTH, LLP
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 464-5000 | Fax: (702) 463-4440

Las Vegas, NV 89148
(702) 464-5000

2.   Nakia McCloud
     c/o United States Attorney's Office
     501 Las Vegas Blvd. South, Suite 1100,
     (702) 388-6336

3.   Bobby Warren
     c/o United States Attorney's Office
     501 Las Vegas Blvd. South, Suite 1100
     (702) 388-6336

4.   The FRCP 30(b)(6) Witness for the United States of America
     c/o United States Attorney's Office
     501 Las Vegas Blvd. South, Suite 1100
     (702) 388-6336

5.   Defendant, Liceth Demha-Santiago
     c/o the Law Offices of Denise McCurry
     7251 West Lake Mead Blvd. #349
     Las Vegas, NV 89128
     (702) 408-3805

6.   Defendant, Juan Demha,
     c/o the Law Offices of Denise McCurry
     7251 West Lake Mead Blvd. #349, Las Vegas, NV 89128, (702) 408-3805

7.   Calvin Hayes
     Address and phone number unknown

8.   Geraldine Gray
     1232 Crafton Ave. #B
     Menton, CA 92359
     (909) 562-625

9.   Latasha Wilson
     3027 N. Orange Ave.
     Rialto, CA 92377
     (909) 543-5163

10.  Tamika Williams
     6666 W. Washington Ave.
     Bldg 4, Apt. 123
     Las Vegas, NV
     89107, (702) 472-4134

MAINOR WIRTH, LLP
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 464-5000 | Fax: (702) 463-4440

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**MAINOR WIRTH, LLP**
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 464-5000 | Fax: (702) 463-4440

11.    Makita Cooper
       2093. Guthrie, Apt. C
       Highland, CA 92404
       (909) 684-1444

12.    Robert Lee Hinton
       98 S. Martin Luther King, Apt. 234
       Las Vegas, NV 89106
       (810) 618-1344

13.    Michael Tucker
       98 S. Martin Luther King, Apt. 234
       Las Vegas, NV 89106
       (503) 209-9954

14.    Candice Hinton
       98 S. Martin Luther King, Apt. 234
       Las Vegas, NV 89106
       phone number unknown

15.    Officer Ireland, Badge # 6044
       Las Vegas Metropolitan Police Department,
       400 S. Martin Luther King Blvd.
       Las Vegas, NV 89106
       (702) 828-3111

16.    Officer Swan, Badge # 7303
       Las Vegas Metropolitan Police Department
       400 S. Martin Luther King Blvd.
       Las Vegas, NV 89106
       (702) 828-3111

17.    Jaswinder Grover, M.D.
       FRCP 30(B)(6) Witness and/or Person Most Knowledgeable able
       Nevada Spine Clinic
       7401 Smoke Ranch Rd. #150
       Las Vegas, NV 89128
       (702) 320-8111

18.    Babuk Ghuman, M.D.
       FRCP 30(B)(6) Witness and/or Person Most Knowledgeable able
       Nevada Spine Clinic
       7140 Smoke Ranch Rd. #150
       Las Vegas, NV 89128
       (702) 320-8111

19.    Mark Glyman, M.D., DDS, FACS

MAINOR WIRTH, LLP
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 464-5000 | Fax: (702) 463-4440

FRCP 30(B)(6) Witness and/or Person Most Knowledgeable able
Mark Glyman, M.D., DDS, FACS
1775 Village Center Cir, #150
Las Vegas, NV, 89113
 (702) 507-5555

20.    Thomas Dunn, M.D.
FRCP 30(B)(6) Witness and/or Person Most Knowledgeable able
Desert Orthopedic Center
2800 E. Dessert Inn Rd., Ste 100
Las Vegas, NV 89121
(702) 731-1616

21.    Don Nobis, MSPT
FRCP 30(B)(6) Witness and/or Person Most Knowledgeable able
Don Nobis Physical Therapy
1950 E. Desert inn Rd.,
Las Vegas, NV 89169
(702) 735-1501

22.    Louie Jan Singson, RN
Care Pro Home Health
5280 S. Eastern Ave, G2
Las Vegas, NV 89119
(702) 430-9517

23.    Philip M. Paleracio, DDS
Dental Center of NV, 5280 S. Eastern Ave, G2
Las Vegas, NV 89119
(702) 430-9517

24.    David Oliveri, M.D.
851 S. Rampart Dr., # 115,
Las Vegas, NV 89145
(702) 778-9300

25.    Ira Spector, M.S., C.R.C.
3440 E. Russell Rd., #208
Las Vegas, NV 89120,
(702) 214-4294

26.    Samuel Terry
Exhibit A
P.O. Box 530111
Henderson, NV 89053

27.    Robert Simmons

1911 E. Gary Way
Phoenix, AZ 85042

28. Michael Freeman
Med Dr. Ph.D., Forensic Research & Analysis
4256 NW 10th Ave. # 306
Portland, OR 97209

29. Frank Perez, Ph.D.,
4435 N. First St., #205
Livermore, CA

30. Kimberly E. Balough, MSBE
BiCoastal Forensics LLC
21143 Hawthrone Boulevard, Suite 415
Torrance, CA 90503
(480) 540-6213

31. James G. Lowe, MD, FACS
Lowe-Greenwood-Zerbo Spinal Associates
1999 New Road, Suite B
Linwood, NJ, 08221
(609) 601-6363

32. Mark Remas, MA, CRC, ABVE
The Remas Group
7710 Balboa Avenue, Suite 218-H
San Diego, CA, 92111
(858) 560-6733

33. Warren M. Torchinsky, DDS
223 East Main Street
Maple Shade, NJ, 08052
(856) 667-7900

34. Thomas F. Cargill, PhD, LTD,
65 Bennington Court,
Reno NV, 89511
(702) 849-1588

a) **Plaintiff may call the following witnesses at trial if the need arises (the number of witnesses on this list that may be called heavily depends on Defendant's position as to the admissibility of Plaintiff's medical records):**

1. Erica Johnson, the FRCP 30(b)(6) Witness(es) and/or the Person Most Knowledgeable Records for Las Vegas Metropolitan Police Department
400 S. Martin Luther King Blvd.

MAINOR WIRTH, LLP
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 464-5000 | Fax: (702) 463-4440

MAINOR WIRTH, LLP
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 464-5000 | Fax: (702) 463-4440

Las Vegas, NV 89106
(702) 828-3111

2.    Kimberly E. Balough, MSBE
      BiCoastal Forensics LLC
      21143 Hawthrone Boulevard, Suite 415
      Torrance, CA 90503
      (480) 540-6213

3.    James G. Lowe, MD, FACS
      Lowe-Greenwood-Zerbo Spinal Associates
      1999 New Road, Suite B
      Linwood, NJ, 08221
      (609) 601-6363

4.    Mark Remas, MA, CRC, ABVE
      The Remas Group
      7710 Balboa Avenue, Suite 218-H
      San Diego, CA, 92111
      (858) 560-6733

5.    Warren M. Torchinsky, DDS
      223 East Main Street
      Maple Shade, NJ, 08052
      (856) 667-7900

6.    Thomas F. Cargill, PhD, LTD,
      65 Bennington Court,
      Reno NV, 89511
      (702) 849-1588

7.    Rick Chavez, MD
      Pain and Addiction Integrated Network, Inc.,
      4733 Torrance Boulevard, Suite 625
      Torrance, CA, 90506
      (323) 833-8269

8.    Julie Shaked, Special Field Claims Representative
      Farmers Insurance Company
      P.O. Box 268994
      Oklahoma City, OK, 73126-8994
      (800) 435-7764

9.    Jason Regester, Fleet Services Representative General Services Administration
      Phoenix Fleet Management Center
      GSA Fleet, Zone 4,
      702-605-9892

MAINOR WIRTH, LLP
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 464-5000 | Fax: (702) 463-4440

10.   David Holland
      c/o United States Attorney's Office
      501 Las Vegas Blvd. South, Suite 1100
      (702) 388-6336

11.   Jared Robbins
      c/o United States Attorney's Office
      501 Las Vegas Blvd. South, Suite 1100
      (702) 388-6336

12.   Glen Banks, EMT
      FRCP 30(B)(6) Witness and/or Person Most Knowledgeable
      Las Vegas Fire Rescue
      500 N. Casino Center Blvd., Lane
      Las Vegas, NV  89101

13.   Carlos Maltiz, Advanced EMT
      FRCP 30(B)(6) Witness and/or Person Most Knowledgeable
      Las Vegas Fire Rescue
      500 N. Casino Center Blvd., Lane
      Las Vegas, NV  89101

14.   Jefferson D. Bracey, M.D.
      FRCP 30(B)(6) Witness and/or Person Most Knowledgeable able
      Rec EMP or Clark, (collectively Dr. Bracey), 901 Rancho Dr., #207, Las
      Vegas, NV 89106, (702) 385-0890

15.   Sandra Lee, MD
      FRCP 30(B)(6) Witness and/or Person Most Knowledgeable able
      for Desert Radiologist
      2020 Palomino Ln., Las Vegas, NV 89106
      (702) 759-8600

16.   Van Nguyen, MD,
      FRCP 30(B)(6) Witness and/or Person Most Knowledgeable
      Desert Radiologist
      2020 Palomino Ln.
      Las Vegas, NV 89106
      (702) 759-8600

17.   Brent Yamishita, P.T., D.P.T
      FRCP 30(B)(6) Witness and/or Person Most Knowledgeable
      Better Back Physical Therapy
      1740 Smoke Ranch Road
      Las Vegas, Nevada 89128

18.  Magdalen Marron, PTA
     FRCP 30(B)(6) Witness and/or Person Most Knowledgeable
     Better Back Physical Therapy
     1740 Smoke Ranch Road
     Las Vegas, Nevada 89128

19.  Nicole Hoffman, PT. MSPT,ART Practitioner
     FRCP 30(B)(6) Witness and/or Person Most Knowledgeable
     Better Back Physical Therapy
     1740 Smoke Ranch Road
     Las Vegas, Nevada 89128

20.  Monique A. Mogensen, M.D.
     FRCP 30(B)(6) Witness and/or Person Most Knowledgeable
     Records for American Radiology
     6460 Medical Center Dr., #150,
     Las Vegas, NV 89148
     (702) 868-278

21.  Michael B. Zlatkin, M.D.
     FRCP 30(B)(6) Witness and/or Person Most Knowledgeable
     Records for American Radiology
     6460 Medical Center Dr., #150
     Las Vegas, NV 89148
     (702) 868-2781

22.  Matt Treinen, D.O.
     FRCP 30(B)(6) Witness and/or Person Most Knowledgeable
     for Pueblo Medical Imaging
     8551 W. Lake Mead Blvd., #150
     Las Vegas, NV 89128
     (702) 228-003

23.  Raj Agrawal, M.D.
     FRCP 30(B)(6) Witness and/or Person Most Knowledgeable
     Desert Radiology
     2020 Palomino Lane
     Las Vegas, NV 89106
     (702) 759-8600

24.  Janet Bauman, Ph.D.
     FRCP 30(B)(6) Witness and/or Person Most Knowledgeable
     LF Mortillaro, Ph.D., LTD
     501 S. Rancho Dr. #F37,
     Las Vegas, NV 89106
     (702) 388-9403

MAINOR WIRTH, LLP
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 464-5000 | Fax: (702) 463-4440

MAINOR WIRTH, LLP
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 464-5000 | Fax: (702) 463-4440

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

25.    Duff Kaster, D.D.S.
       FRCP 30(B)(6) Witness and/or Person Most Knowledgeable
       Abbey Dental
       4408 S. Eastern Ave.
       Las Vegas, NV 89119
       (702) 731-5700

26.    John Lyons, PT
       FRCP 30(B)(6) Witness and/or Person Most Knowledgeable
       Lyons Home Care
       600 S. Tonapah Dr. #230
       Las Vegas, NV 89106-8912
       (702) 476-0222

27.    Damon Elliot, PTA
       FRCP 30(B)(6) Witness and/or Person Most Knowledgeable
       Lyons Home Care
       600 S. Tonapah Dr. #230
       Las Vegas, NV 89106-8912
       (702) 476-0222

28.    Apichai Haisupa, PT,
       FRCP 30(B)(6) Witness and/or Person Most Knowledgeable
       Lyons Home Care
       600 S. Tonapah Dr. #230
       Las Vegas, NV 89106-8912
       (702) 476-0222

29.    Danny Thai, RPh
       FRCP 30(B)(6) Witness and/or Person Most Knowledgeable
       LienRx
       2600 W. Sahara Ave.
       Las Vegas NV 89102
       (702) 257-2620

30.    James Peterson, M.D.
       FRCP 30(B)(6) Witness and/or Person Most Knowledgeable
       Records for Desert Radiology
       2020 Palomino Lane,
       Las Vegas, NV 89106
       (702) 759-8600

31.    Sukhjinder Singh, M.D.
       FRCP 30(B)(6) Witness and/or Person Most Knowledgeable
       Desert Radiology
       2020 Palomino Lane,
       Las Vegas, NV 89106

1    (702) 759-8600

2    32.    David Plunkett, M.D.
3           FRCP 30(B)(6) Witness and/or Person Most Knowledgeable
            Records for Desert Radiology
4           2020 Palomino Lane,
            Las Vegas, NV 89106
5           (702) 759-8600

6    33.    The FRCP 30(B)(6) Witness and/or Person Most Knowledgeable
            PayLater Pharmacy
7           552 E. Charleston Blvd.
            Las Vegas, NV 89104

8
9    34.    Daniel Thai RPh
            FRCP 30(B)(6) Witness and/or Person Most Knowledgeable
10          LienRx
            26000 W. Sahara Ave. # 120
11          Las Vegas, NV 89102

12   35.    Lori Ortale, RPh
            FRCP 30(B)(6) Witness and/or Person Most Knowledgeable
13          Las Vegas Pharmacy
            2600 W. Sahara Ave. # 120
14          Las Vegas, NV 89102

15
16   36.    Michael Lundberg, D.O.
            FRCP 30(B)(6) Witness and/or Person Most Knowledgeable
17          Mountain View Hospital
            3100 N. Tenaya Way
18          Las Vegas, NV 89128
            (702) 962-5000
19
20   37.    Amit Valera, D.O.
            FRCP 30(B)(6) Witness and/or Person Most Knowledgeable
21          Mountains Edge Hospital
            8656 W. Patrick Ln.
22          Las Vegas, NV 89148
            (702) 777-7100
23
24   38.    FRCP 30(B)(6) Witness and/or the Person Most Knowledgeable
            Valley Hospital
25          620 Shadow Lane
            Las Vegas, NV 89106
26          (702) 388-4000

27   39.    Huy N. Nguyen, M.D.
            FRCP 30(B)(6) Witness and/or Person Most Knowledgeable
28

MAINOR WIRTH, LLP
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 464-5000 | Fax: (702) 463-4440

MAINOR WIRTH, LLP
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 464-5000 | Fax: (702) 463-4440

Valley Hospital
620 Shadow Lane
Las Vegas, NV 89106
(702) 853-3000

40.  Badreldin A. Ibrahim, M.D.
     FRCP 30(B)(6) Witness and/or Person Most Knowledgeable
     Smoke Ranch Specialists

41.  Magalen Page, PTA
     FRCP 30(B)(6) Witness and/or Person Most Knowledgeable
     Kindred Transitional Care and Rehabilitation
     5850 S. Rainbow Blvd.
     Las Vegas, NV 89118
     (702) 470-1102

42.  Amir Aftab, M.D
     FRCP 30(B)(6) Witness and/or Person Most Knowledgeable
     Kindred Transitional Care and Rehabilitation
     5850 S. Rainbow Blvd.
     Las Vegas, NV 89118
     (702) 470-1102

43.  Ali Badday, M.D.
     FRCP 30(B)(6) Witness and/or Person Most Knowledgeable
     American Radiology
     7140 Smoke Ranch Rd. Ste. B
     Las Vegas, NV 89128
     (702) 868-2781

44.  Dr. Badday
     FRCP 30(B)(6) Witness and/or Person Most Knowledgeable
     Precision Diagnostic Imaging/Upright MRI
     6460 Medical Center Drive, Suite 150
     Las Vegas, Nevada 89148

45.  Michael Abiog, M.D.
     FRCP 30(B)(6) Witness and/or Person Most Knowledgeable
     American Radiology/Precision Diagnostic Imaging
     7140 Smoke Ranch Rd. Ste. B
     Las Vegas, NV 89128
     (702) 868-2781

46.  Ken Hughes, M.D.
     FRCP 30(B)(6) Witness and/or Person Most Knowledgeable
     Desert Anesthesiologists, Inc.
     6655 W. Sahara Ave. #B200

Las Vegas, NV 89146
(702) 933-3999

47.   Christopher Milford, M.D.
      FRCP 30(B)(6) Witness and/or Person Most Knowledgeable
      Christopher M. Milford, M.D.
      2585 Montessouri St., #100
      Las Vegas, NV 89117
      (702) 272-0694

48.   Danny Thai
      FRCP 30(B)(6) Witness and/or the Person Most Knowledgeable
      Specialty Pharmacy
      241 N. Buffalo Dr. # 150
      Las Vegas, NV 89145

49.   Daniel T. Shiode Ph.D., ABPP
      FRCP 30(b)(6) Witness and/or Person Most Knowledgeable
      Shiode Psychotherapy, Inc.
      501 S. Rancho Dr. , Ste I-64
      Las Vegas, NV 89106
      (702) 384-4110

50.   Russell Shah, M.D.
      FRCP 30(B)(6) Witness and/or the Person Most Knowledgeable
      Radar Medical Group
      2628 W. Charleston Blvd.
      Las Vegas, NV 89102
      (702) 644-0600

51.   Michael I. Rothman, M.D.
      FRCP 30(B)(6) Witness and/or Person Most Knowledgeable
      Records for Opensided MRI
      600 Rancho Dr. # 101,
      Las Vegas, NV 89106
      (702) 932-2740

52.   Keith Lewis, M.D.
      FRCP 30(B)(6) Witness and/or the Person Most Knowledgeable
      Opensided MRI
      600 Rancho Dr. # 101
      Las Vegas, NV 89106
      (702) 932-2740

53.   Decorah Perkins, NP.
      FRCP 30(B)(6) Witness and/or the Person Most Knowledgeable
      Grand Desert Psychiatric Services

MAINOR WIRTH, LLP
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 464-5000 | Fax: (702) 463-4440

MAINOR WIRTH, LLP
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 464-5000 | Fax: (702) 463-4440

2021 S. Jones Blvd.
Las Vegas, NV 89146
(702) 202-0099

54. Anita Rich, M.D.
FRCP 30(B)(6) Witness and/or Person Most Knowledgeable
Precision Diagnostic Imaging
7140 Smoke Ranch Rd Ste. B
Las Vegas,NV 89128
(702) 868-2781

55. Simon Farrow, M.D.
FRCP 30(b0(6) witness and/or Person Most Knowledgeable
Monitoring Associates
9811 W. Charleston Blvd.
Las Vegas, NV 89117
(833) 664-6342

56. Craig Carroll, D.O.
NRCP 30(b0(6) witness and/or Person Most Knowledgeable
Monitoring Associates
9811 W. Charleston Blvd.,
Las Vegas, NV 89117
(833) 664-6342

57. Zahld Hamid, M.D
FRCP 30(b0(6) witness and/or Person Most Knowledgeable
Dr. Hamid
9811 W. Charleston Blvd.
Las Vegas, NV 89117,
(833) 664-6342

58. Mike Phillips
FRCP 30(B)(6) Witness and/or Person Most Knowledgeable
Next Step Medical
8285 W. Arby Ave. Ste. 155
Las Vegas, NV 89113

59. Demetrice Davis, M.D.
FRCP 30(B)(6) Witness and/or the Person Most Knowledgeable
Red Rock Radiology Associates
7130 Smoke Ranch Rd STE 101
Las Vegas, Nevada 89128

60. Ronald F Sauer, Jr., DO
FRCP 30(B)(6) Witness and/or the Person Most Knowledgeable
Red Rock Radiology Associates

7130 Smoke Ranch Rd STE 101
Las Vegas, Nevada 89128

61.    Edward Sisson, CPO
       FRCP 30(B)(6) Witness and/or the Person Most Knowledgeable
       Prove Partners, LLC, Prosthetic Center of Excellence
       2047 West Charleston Blvd Suite 100
       Las Vegas, NV 89102

62.    Dawn Neilson, CFom
       FRCP 30(B)(6) Witness and/or Person Most Knowledgeable
       Prove Partners, LLC, Prosthetic Center of Excellence
       2047 West Charleston Blvd Suite 100
       Las Vegas, NV 89102

63.    FRCP 30(b)(6) witness, and/or Person Most Knowledgeable
       Dental/Southern Nevada General Dentistry Prada, PPLC,
       2250 S. Rancho Dr., #205,
       Las Vegas, NV 89102
       (702) 291-2031

64.    Mark Lawrence, RTP
       FRCP 30(B)(6) Witness and/or Person Most Knowledgeable
       Don Nobis Physical Therapy
       1950 E. Desert inn Rd.,
       Las Vegas, NV 89169
       (702) 735-1501

65.    Plaintiff reserves the right to call any witnesses identified in Defendants' witness list and named during the course of discovery;

66.    Plaintiff reserves the right to call rebuttal and/or impeachment witnesses at trial;

67.    Plaintiff reserves the right to call any of Defendants' experts as witnesses.

Defendant, USA, objects to the vast number of witnesses and potential witnesses provided by Plaintiff above. In addition, Defendant, USA objects to the designation of a Fed. R. Civ. P. 30(b)(6) witness as that rule applies to deposition testimony and not testimony related to trial. Furthermore, Plaintiff fails to list specific topics to be covered by any 30(b)(6) witness. Defendant USA reserves all rights of objections to testimonies at trial including but not limited to any expert opinions that were not timely disclosed in discovery, lack foundation, and/or are not relevant and reliable. *See, e.g.*, Fed. R. Civ. P. 26(a)(2), 37(c)(1), *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S.

MAINOR WIRTH, LLP
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 464-5000 | Fax: (702) 463-4440

579 (1993) and its progeny. Defendant, USA, also objects to testimony by any witness that was not disclosed during the discovery period or whose testimony was already excluded by the Court, including Dr. Oliveri.

        **(a)**       **Defendant USA's Witnesses**

1. Nakia McCloud
   c/o United States Attorney's Office
   501 Las Vegas Blvd. South, Suite 1100,
   (702) 388-6336

2. Plaintiff, SONALOLITA WILSON
   c/o /o Bradley S. Mainor, Esq.
   Joseph J. Wirth, Esq.
   Ash Marie Blackburn, Esq.
   Joseph W. Guindy, Esq.
   MAINOR WIRTH, LLP
   6018 S. Fort Apache Road, Ste. 150
   Las Vegas, NV 89148
   (702) 464-5000

3. Defendant, Liceth Demha-Santiago
   c/o the Law Offices of Denise McCurry
   7251 West Lake Mead Blvd. #349
   Las Vegas, NV 89128
   (702) 408-3805

4. Defendant, Juan Demha,
   c/o the Law Offices of Denise McCurry
   7251 West Lake Mead Blvd. #349,
   Las Vegas, NV 89128,
   (702) 408-3805

5. Kimberly E. Balough, MSBE
   BiCoastal Forensics LLC
   21143 Hawthrone Boulevard, Suite 415
   Torrance, CA 90503
   (480) 540-6213

6. Rick Chavez, MD
   Pain and Addiction Integrated Network, Inc.,
   4733 Torrance Boulevard, Suite 625
   Torrance, CA, 90506
   (323) 833-8269

MAINOR WIRTH, LLP
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 464-5000 | Fax: (702) 463-4440

7. James G. Lowe, MD, FACS
   Lowe-Greenwood-Zerbo Spinal Associates
   1999 New Road, Suite B
   Linwood, NJ, 08221
   (609) 601-6363

8. Mark Remas, MA, CRC, ABVE
   The Remas Group
   7710 Balboa Avenue, Suite 218-H
   San Diego, CA, 92111
   (858) 560-6733

9. Warren M. Torchinsky, DDS
   223 East Main Street
   Maple Shade, NJ, 08052
   (856) 667-7900

10. Thomas F. Cargill, PhD, LTD,
    65 Bennington Court,
    Reno NV, 89511
    (702) 849-1588

Defendant, USA, reserves the right to call any witnesses identified in Plaintiff's witness

list and named during the course of discovery;

11.   Defendant reserves the right to call rebuttal and/or impeachment witnesses at trial;

12.   Defendant reserves the right to call any of Plaintiff's experts as witnesses.

**(b)    Defendants' DEMHA-SANTIAGO, and DEMHA's Witnesses**

1.    Plaintiff, SONALOLITA WILSON
      c/o /o Bradley S. Mainor, Esq.
      Joseph J. Wirth, Esq.
      Ash Marie Blackburn, Esq.
      Joseph W. Guindy, Esq.
      MAINOR WIRTH, LLP
      6018 S. Fort Apache Road, Ste. 150
      Las Vegas, NV 89148
      (702) 464-5000

2.    Nakia McCloud
      c/o United States Attorney's Office
      501 Las Vegas Blvd. South, Suite 1100,
      (702) 388-6336

3.    Defendant Liceth Demha-Santiago
      c/o Hall Jaffe and Clayton, LLP

7425 Peak Drive
Las Vegas, NV 89128

4.      Defendant Juan Demha
        c/o Hall Jaffe and Clayton, LLP
        7425 Peak Drive
        Las Vegas, NV 89128

5.      Officer Swan, Badge No. 7303
        Las Vegas Metropolitan Police Department
        400 South Martin Luther King Boulevard
        Las Vegas, NV 89103

6.      Hugh S. Selznick, MD
        Consultants Medical Group
        2500 West Sahar Ave., Suite 207
        Las Vegas, NV 89102

7.      Defendants reserve the right to call any and all witnesses identified in Plaintiff's witness list and named during the course of discovery;

8.      Defendants reserve the right to call any and all witnesses identified in Defendant USA's witness list and named during the course of discovery;

9.      Defendants reserve the right to call rebuttal and/or impeachment witnesses at trial;

10.     Defendants reserve the right to call any of Plaintiff's experts as witnesses.

11.     Defendants reserve the right to call any of Defendant USA's experts as witnesses.

## VIII.

The attorneys or parties have met and jointly offer these trial dates:

November 28, 2022 through December 2, 2022

January 17, 2023 through 2023

January 23, 2023 through January 27, 2023

February 13, 2023 through February 17, 2023

February 21, 2023 through February 24, 2023

It is expressly understood by the undersigned that the court will set the trial of this matter

on one of the agreed-upon dates if possible; if not, the trial will be set at the convenience of the court's calendar.

## IX.

Plaintiff estimates that the trial will take a total of 17-21 days. Defendant USA will not stipulate to the authenticity of Plaintiff's medical records. As such, Plaintiff will be required to call a witness from each of her facilities to authenticate records from all forty-four (44) medical providers. Defendants Demha-Santiago and Demha had no objection to stipulating to the authenticity of Plaintiff's medical records.

Defendant USA believes the number of witnesses Plaintiff intends to call is excessive and less time is needed. Defendant USA believes it can present its case-in-chief in 2-3 days.

APPROVED AS TO FORM AND CONTENT:

DATED this 11th day of May, 2022.

**MAINOR WIRTH, LLP**

_/s/Ash Marie Blackburn_____
BRADLEY S. MAINOR, ESQ.
Nevada Bar No. 7434
ASH MARIE BLACKBURN, ESQ.
Nevada Bar No. 14712
6018 S. Fort Apache Road, Ste. 150
Las Vegas, NV 89148-5652
*Counsel for Plaintiff*

DATED this 11th day of May, 2022.

**UNITED STATES DISTRICT ATTORNEY**

_/s/ Skyler Pearson_____
SKYLER PEARSON, ESQ.
PATRICK ROSE, ESQ.
501 Las Vegas Blvd, South., Ste. 1100
Las Vegas, NV 89101
*Attorney for Defendant United States of America*

DATED this 11th day of May, 2022.

**HALL JAFFE & CLAYTON, LLP**

_/s/ Jan Tomasik_____
STEVEN T. JAFFE, ESQ.
Nevada Bar No. 7035
JAN K. TOMASIK, ESQ.
Nevada Bar No. 15104
7425 Peak Drive
Las Vegas, NV 89128
*Attorneys for Defendant/Cross-Claimant/Cross-Defendant Juan Demha And Cross-Claimant/Cross-Defendant Liceth Dehma-Santiago*

MAINOR WIRTH, LLP
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 464-5000 | Fax: (702) 463-4440

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**MAINOR WIRTH, LLP**
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 464-5000 | Fax: (702) 463-4440

## X.

### ACTION BY THE COURT

This case is set for jury trial on **January 23, 2023, at 9:00 a.m.** Calendar call will be held on **January 18, 2023, at 1:30 p.m.** This pretrial order has been approved by the parties to this action as evidenced by their signatures or the signatures of their attorneys hereon, and the order is hereby entered and will govern the trial of this case. This order may not be amended except by court order and based upon the parties' agreement or to prevent manifest injustice.

DATED: May 20, 2022.

_____
**UNITED STATES DISTRICT JUDGE**

**EXHIBIT A**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SONALOLITA WILSON | CASE NO.:    2:18-CV-01241-JCM-NJK |
| Plaintiff | |
| vs. | **Stipulated Exhibits** |
| UNITED STATES OF AMERICA  ; LICETH DEMHA-SANTIAGO; JUAN DEMHA; DOES I THROUGH X; AND ROE CORPORATIONS 1 THROUGH X, | |
| Defendants. | |

| Exhibit | Description |
|---|---|
| 1. | Manpower Employment File |
| 2. | Plaintiff's Employment Records From Staffmark |
| 3. | TrueBlue Records/ Peopleready Regarding Plaintiff's Earnings |

**EXHIBIT A-1**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SONALOLITA WILSON | CASE NO.:    2:18-CV-01241-JCM-NJK |
| Plaintiff | |
| vs. | **Stipulated Exhibits Available For Use At The Time of Trial But Are Not Currently Admitted** |
| UNITED STATES OF AMERICA ; LICETH DEMHA-SANTIAGO; JUAN DEMHA; DOES I THROUGH X; AND ROE CORPORATIONS 1 THROUGH X, | |
| Defendants. | |

| Exhibit | Description |
|---|---|
| 1. | Plaintiff's First Amended Complaint |
| 2. | Defendant United States' Answer to Plaintiff's First Amended Complaint |
| 3. | Defendants' Liceth Demha-Santiago and Juan Demha's Answer to Plaintiff's First Amended Complaint |
| 4. | Life Expectance Table |
| 5. | Transcripts of Deposition of Babuk Guman, M.D., With Exhibits |
| 6. | Transcript of Deposition of Rick Chavez, M.D., With Exhibits |
| 7. | Transcript of deposition of Liceth Demha |
| 8. | Transcript of deposition of Mark L. Glyman, M.D., D.D.S., F.A.C.S., with exhibits |
| 9. | Transcript of deposition of Robert L. Hinton |
| 10. | Transcript of deposition of Duff Kaster, D.D.S., with exhibits |
| 11. | Transcript of deposition of Nakia McCloud, with exhibits |
| 12. | Transcript of deposition of Sonalolita  G. Wilson, with exhibits. Vol 1 |
| 13. | Transcript of deposition of Sonalolita  G. Wilson, with exhibits Vol 2 |

| 14. | Transcript of deposition of Kimberly E. Balogh |
|---|---|
| 15. | Transcript of deposition of David J. Oliveri M.D |
| 16. | Transcript of deposition of Robert Simmons |
| 17. | Transcript of deposition of Thomas Dunn, M.D |
| 18. | Transcript of deposition of Jaswinder Grover, M.D |
| 19. | Transcript of deposition of Frank A. Perez, Ph.D |
| 20. | David Oliveri, M.D. Curriculum Vitae, Testimony List, and Fess Schedule |
| 21. | David Oliveri, M.D. Expert Report dated December 2, 2019 |
| 22. | David Oliveri, M.D. Supplemental Expert Report dated August 4, 2020 |
| 23. | Ira Spector M.S. C.R.C, M.D. Curriculum Vitae, Testimony List, and Fess Schedule |
| 24. | Ira Spector M.S. C.R.C, Expert Report dated December 12, 2019 |
| 25. | Ira Spector M.S. C.R.C, Rebuttal Expert Report dated July 23, 2020 |
| 26. | Samuel R. Terry Curriculum Vitae, Testimony List, and Fess Schedule |
| 27. | Samuel R. Terry Expert Report dated June 3, 2020 |
| 28. | Michael D. Freeman, MedDr, PhD, MPH, DLM, FAAFS Curriculum Vitae |
| 29. | Michael D. Freeman, MedDr, PhD, MPH, DLM, FAAFS Expert Report dated July 8, 2020 |
| 30. | Michael D. Freeman, MedDr, PhD, MPH, DLM, FAAFS Rebuttal Expert Report dated August 5, 2020 |
| 31. | Frank Perez, Ph.D Curriculum Vitae, Testimony List, and Fess Schedule |
| 32. | Frank Perez, PhD, FAAFS Expert Report dated July 8, 2020 |
| 33. | Frank Perez, PhD, FAAFS Expert Report dated July 8, 2020 |
| 34. | Robert Simmons Curriculum Vitae, Testimony List, and Fess Schedule |
| 35. | Robert Simmons Rebuttal Expert Report dated August 7, 2020 |
| 36. | Terrence M. Clauretie, Ph.D. Curriculum Vitae, Testimony List, and Fess Schedule |

| 37. | Terrence M. Clauretie, Ph.D. Expert Report dated February 4, 2020 |
|---|---|
| 38. | Thomas Dunn, MD Curriculum Vitae, Testimony List, and Fess Schedule |
| 39. | Thomas Dunn, MD Rebuttal Expert Report dated August 3, 2020 |
| 40. | Travis Snyder, D.O. Curriculum Vitae, Testimony List, and Fess Schedule |
| 41. | Travis Snyder, D.O. Rebuttal Expert Report dated August 7, 2020 |
| 42. | Travis Snyder, D.O. Presentation |
| 43. | Kimberly Balogh's Expert Report (dated July 7, 2020) |
| 44. | Kimberly Balogh's Rebuttal Expert Report (dated August 7, 2020) |
| 45. | Kimberly Balogh's Curriculum Vitae, Testimony List, and Fess Schedule |
| 46. | Deposition of Kimberly Balogh (November 4, 2020) |
| 47. | Dr. James Lowe's Expert Report (dated April 27, 2020) |
| 48. | Dr. James Lowe's Rebuttal Expert Report (dated July 27, 2020) |
| 49. | Dr. James Lowe's Curriculum Vitae, Testimony List, and Fess Schedule |
| 50. | Dr. Rick Chavez's Expert Report (dated July 7, 2020) |
| 51. | Dr. Rick Chavez's Curriculum Vitae, Testimony List, and Fess Schedule |
| 52. | Deposition of Chavez (August 27, 2020) |
| 53. | Dr. Warren Torchinsky's Expert Report (dated November 12, 2019) |
| 54. | Dr. Warren Torchinsky's Curriculum Vitae, Testimony List, and Fess Schedule |
| 55. | Mark Remas's Expert Report (dated April 28, 2020) |
| 56. | Mark Remas's Curriculum Vitae, Testimony List, and Fess Schedule |
| 57. | Dr. Thomas Cargill's Rebuttal Expert Report (dated August 3, 2020) |
| 58. | Dr. Thomas Cargill's Curriculum Vitae, Testimony List, and Fess Schedule |
| 59. | Curriculum Vitae, Fee schedule, Prior Testimony List and Reports authored by Mark Glyman, M.D., DDS, FACS |
| 60. | Google Overhead Photo Depicting the Subject Intersection (1) |
| 61. | Google Overhead Photo Depicting the Subject Intersection (2) |

| 62. | Color Photo Depicting the Scene of the Subject Incident (1) |
|-----|-------------------------------------------------------------|
| 63. | Color Photo Depicting the Scene of the Subject Incident (2) |
| 64. | Color Photo Depicting the Scene of the Subject Incident (3) |
| 65. | Color Photo Depicting the Scene of the Subject Incident (4) |
| 66. | Color Photo Depicting the Scene of the Subject Incident (5) |
| 67. | Color Photo Depicting the Scene of the Subject Incident (6) |
| 68. | Black and White Photo Depicting Plaintiff's Property Damage (1) |
| 69. | Black and White Photo Depicting Plaintiff's Property Damage (2) |

**EXHIBIT B**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SONALOLITA WILSON | CASE NO.:    2:18-CV-01241-JCM-NJK |
| Plaintiff | |
| vs. | **Plaintiff's Exhibits** |
| UNITED STATES OF AMERICA ; LICETH DEMHA-SANTIAGO; JUAN DEMHA; DOES I THROUGH X; AND ROE CORPORATIONS 1 THROUGH X, | |
| Defendants. | |

| Exhibit | Description | Defendants Demha-Santiago and Demha's Objections | Defendant USA's Objections |
|---|---|---|---|
| 1. | Traffic Accident Report #LVM160901003306 | Prejudicial, Relevance, Foundation, Best Evidence Rule | Relevance; prejudicial; foundation; best evidence |
| 2. | Traffic Accident Report #LVM160901002946 | Prejudicial, Relevance, Foundation, Best Evidence Rule | Relevance; prejudicial; foundation; best evidence |
| 3. | Custodian of Records for 911 recordings and breakdown | Relevance, Prejudicial | Hearsay; prejudicial; authenticity |
| 4. | 911 Recordings | Relevance, Prejudicial | Hearsay; prejudicial; authenticity |
| 5. | Transcribed Statement of Def. Demha-Santiago | Privileged, Relevance, Prejudicial, Foundation, Best Evidence Rule | Prejudicial; foundation; best evidence |
| 6. | IRS Incident Report | Relevance, Prejudicial, Foundation, Best Evidence Rule | Privileged; prejudicial; foundation; best evidence |
| 7. | Color Photo Depicting Plaintiff's Property Damage | | (No Bates Number Provided) Relevance; foundation; authenticity |

| 8. | Farmers Insurance Exchange Property Damage Estimate of Plaintiff's Vehicle | Relevance, Prejudicial, Foundation, Best Evidence Rule, Authenticity | Relevance; prejudicial; foundation; best evidence; authenticity |
|----|----|----|----|
| 9. | Black Box Data for Defendant's Vehicle - GMC Terrain 2014 | Relevance, Prejudicial | Prejudicial; foundation; best evidence; authenticity |
| 10. | Vehicle information regarding vehicle driven by Nikia McCloud's | Relevance, Prejudicial | Prejudicial; foundation; best evidence; authenticity |
| 11. | Plaintiff's Employee Wage Sheet with Manpower | Relevance, Prejudicial, Foundation, Best Evidence Rule, Authenticity | |
| 12. | Plaintiff's Employment Records From Staffmark | Relevance, Prejudicial, Foundation, Best Evidence Rule, Authenticity | |
| 13. | TrueBlue Records/ Peopleready Regarding Plaintiff's Earnings | Relevance, Prejudicial, Foundation, Best Evidence Rule, Authenticity | |
| 14. | Life Expectance Table | Relevance, Prejudicial, Foundation, Best Evidence Rule, Authenticity | Relevance; prejudicial; foundation; best evidence; authenticity |
| 15. | Color Photo of Plaintiff's Injury Taken by Plaintiff on September 13, 2016 (1) | Relevance, Prejudicial, Foundation, Best Evidence Rule, Authenticity | (No Bates Numbers Provided) Relevance; prejudicial; foundation; best evidence; authenticity |
| 16. | Color Photo of Plaintiff's Injury Taken by Plaintiff on September 13, 2016 (2) | Relevance, Prejudicial, Foundation, Best Evidence Rule, Authenticity | (No Bates Numbers Provided) Relevance; prejudicial; foundation; best evidence; authenticity |
| 17. | Video of Plaintiff Depicting Full Body Seizure Taken by Robert Hinton | Relevance, Prejudicial, Foundation, Best Evidence Rule, Authenticity | Relevance; prejudicial; foundation; best evidence; authenticity; hearsay |
| 18. | Video of Plaintiff Depicting Right Leg Spasm Taken by Robert Hinton | Relevance, Prejudicial, Foundation, Best Evidence Rule, Authenticity | Relevance; prejudicial; foundation; best evidence; authenticity; hearsay |
| 19. | Video of Plaintiff Depicting Leg Spasms | Relevance, Prejudicial, Foundation, Best Evidence Rule, Authenticity | Relevance; prejudicial; foundation; best |

2

| | | Relevance, Prejudicial, | |
|---|---|---|---|
| | When Walking Taken by Robert Hinton | | evidence; authenticity; hearsay |
| 20. | Video of Plaintiff Depicting Full Body Seizure | Relevance, Prejudicial, Foundation, Best Evidence Rule, Authenticity | Relevance; prejudicial; foundation; best evidence; authenticity; hearsay |
| 21. | Video of Plaintiff Depicting Right Leg Spasm | Relevance, Prejudicial, Foundation, Best Evidence Rule, Authenticity | Relevance; prejudicial; foundation; best evidence; authenticity; hearsay |
| 22. | Video of Plaintiff Depicting Right Leg Spasm | Relevance, Prejudicial, Foundation, Best Evidence Rule, Authenticity | Relevance; prejudicial; foundation; best evidence; authenticity; hearsay |
| 23. | Plaintiff Medical Specials Chart | Relevance, Prejudicial, Foundation, Best Evidence Rule, Authenticity | Relevance; prejudicial; foundation; best evidence; authenticity |
| 24. | Medical Records and Billing with Custodian of Records for City of Las Vegas Fire and Rescue for Date of Service September 1, 2016 | Relevance, Prejudicial, Foundation, Best Evidence Rule, Authenticity | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity |
| 25. | Medical Records and Billing with Custodian of Records for City of University Medical Center for Date of Service September 1, 2016 | Relevance, Prejudicial, Foundation, Best Evidence Rule, Authenticity | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity |
| 26. | Medical Records and Billing for McCourt PLLC a/k/a EMP of Clark UMC for Date of Service September 1, 2016 | Relevance, Prejudicial, Foundation, Best Evidence Rule, Authenticity | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity |
| 27. | Medical Records and Billing with Custodian of Records for Desert Radiology Solutions Dates of Service | Relevance, Prejudicial, Foundation, Best Evidence Rule, Authenticity | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity |

| | September 1, 206 Through December 6, 2017 | | |
|---|---|---|---|
| 28. | Medical Records and Billing with Custodian of Records for Nevada Spine Clinic Dates of Service September 8, 2016 Through April 15, 2022 | Relevance, Prejudicial, Foundation, Best Evidence Rule, Authenticity | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity |
| 29. | Medical Records and Billing with Custodian of Records for Better Back Physical Therapy Dates of Service September 9, 2016 for Through December 2, 2016 | Relevance, Prejudicial, Foundation, Best Evidence Rule, Authenticity | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity |
| 30. | Medical Records and Billing with Custodian of Records for Mark Glyman, M.D. Dates of Service September 13, 2016 Through April 7., 2017 | Relevance, Prejudicial, Foundation, Best Evidence Rule, Authenticity | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity |
| 31. | Medical Records and Billing with Custodian of Records for American Radiology Date of Service January 11, 2017 | Relevance, Prejudicial, Foundation, Best Evidence Rule, Authenticity | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity |
| 32. | Medical Records and Billing with Custodian of Records for Desert Orthopaedics Center Dates of Service September 30, 2016 Through March 15, 2018 | Relevance, Prejudicial, Foundation, Best Evidence Rule, Authenticity | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity |
| 33. | Medical Records and Billing with Custodian of Records for Pueblo Medical Imaging Dates | Relevance, Prejudicial, Foundation, Best Evidence Rule, Authenticity | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity |

| | | | |
|---|---|---|---|
| | of Service September 30, 2016 | | |
| 34. | Medical Records and Billing for Absolute Dental Date of Service October 13, 2016 | Relevance, Prejudicial, Foundation, Best Evidence Rule, Authenticity | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity |
| 35. | Medical Records and Billing with Custodian of Records for Desert Anesthesiologist, Inc. Date of Service January 11, 2017 | Relevance, Prejudicial, Foundation, Best Evidence Rule, Authenticity | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity |
| 36. | Medical Records and Billing with Custodian of Records for Specialty Surgery Center Date of Service January 11, 2017 | Relevance, Prejudicial, Foundation, Best Evidence Rule, Authenticity | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity |
| 37. | Medical Records and Billing with Custodian of Records for Abby Dental Center, Inc. Dates of Service February 27, 2017 Through  March 15, 2017 | Relevance, Prejudicial, Foundation, Best Evidence Rule, Authenticity | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity |
| 38. | Medical Records and Billing with Custodian of Records for Smoke Ranch Surgery Center Dates of Service December 6, 2017 Through December 13, 2021 | Relevance, Prejudicial, Foundation, Best Evidence Rule, Authenticity | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity |
| 39. | Medical Records and Billing with Custodian of Records for Don Nobis Progressive Physical Therapy Dates of Service December 26, 2017 Through February 8, 2022 | Relevance, Prejudicial, Foundation, Best Evidence Rule, Authenticity | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity |

| | | | |
|---|---|---|---|
| 40. | Medical Records and Billing with Custodian of Records for Silver State Neurology Dates of Service January 2, 2018 Through February 26, 2018 | Relevance, Prejudicial, Foundation, Best Evidence Rule, Authenticity | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity |
| 41. | Medical Records and Billing with Custodian of Records for Louis F. Mortillaro Dates of Service November 14, 2018 Through December 5, 2018 | Relevance, Prejudicial, Foundation, Best Evidence Rule, Authenticity | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity |
| 42. | Medical Records and Billing for Lien RX Dates of Service January 4, 2017 Through January 23, 2019 | Relevance, Prejudicial, Foundation, Best Evidence Rule, Authenticity | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity |
| 43. | Medical Records and Billing with Custodian of Records for Specialty Pharmacy Dates of Service January 4, 2019 Through February 25, 2019 | Relevance, Prejudicial, Foundation, Best Evidence Rule, Authenticity | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity |
| 44. | Medical Records and Billing with Custodian of Records for Smoke Ranch Specialists Dates of Service January 10, 2019 Through May 2, 2019 | Relevance, Prejudicial, Foundation, Best Evidence Rule, Authenticity | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity |
| 45. | Medical Records and Billing for CarePro Home Health, Dates of Service January 11, 2019 Through February 11, 2019 | Relevance, Prejudicial, Foundation, Best Evidence Rule, Authenticity | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity |
| 46. | Medical Records and Billing with Custodian of Records for Lyons Home Care Dates of Service January 12, | Relevance, Prejudicial, Foundation, Best Evidence Rule, Authenticity | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity |

| | | | | |
|---|---|---|---|---|
| | | 2019 Through February 1, 2019 | | |
| | 47. | Medical Records and Billing with Custodian of Records for PayLater Pharmacy Date of Service January 23, 2019 | Relevance, Prejudicial, Foundation, Best Evidence Rule, Authenticity | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity |
| | 48. | Medical Records and Billing with Custodian of Records for Comprehensive Medical Dates of Service January 29, 2019 Through April 26, 2022 | Relevance, Prejudicial, Foundation, Best Evidence Rule, Authenticity | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity |
| | 49. | Medical Records and Billing with Custodian of Records for American Medical Response Date of Service May 2, 2019 Through May 20, 2019 | Relevance, Prejudicial, Foundation, Best Evidence Rule, Authenticity | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity |
| | 50. | Medical Records and Billing with Custodian of Records for Las Vegas Pharmacy Dates of Service March 8, 2019 Through July 1, 2020 | Relevance, Prejudicial, Foundation, Best Evidence Rule, Authenticity | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity |
| | 51. | Medical Records and Billing with Custodian of Records for Mountain View Hospital Dates of Service May 2, 2019 Through May 3, 2019 | Relevance, Prejudicial, Foundation, Best Evidence Rule, Authenticity | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity |
| | 52. | Medical Records and Billing with Custodian of Records for Fremont Emergency Services Date of Service May 2, 2019 | Relevance, Prejudicial, Foundation, Best Evidence Rule, Authenticity | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity |
| | 53. | Medical Records and Billing with Custodian of Records for | Relevance, Prejudicial, Foundation, Best Evidence Rule, Authenticity | Relevance; prejudicial; hearsay; foundation; best |

| | | | |
|---|---|---|---|
| | Mountains Edge Hospital Dates of Service May 3, 2019 Through May 6, 2019 | | evidence; authenticity |
| 54. | Medical Records and Billing with Custodian of Records for Valley Hospital Medical Center Dates of Service May 10, 2019 Through  May 12, 2019 | Relevance, Prejudicial, Foundation, Best Evidence Rule, Authenticity | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity |
| 55. | Medical Records and Billing with Custodian of Records for Shadow Emergency Physicians Date of Service May 8, 2019 through May 14, 2019 | Relevance, Prejudicial, Foundation, Best Evidence Rule, Authenticity | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity |
| 56. | Medical Records and Billing with Custodian of Records for Monitoring Associates Date of Service May 15, 2019 | Relevance, Prejudicial, Foundation, Best Evidence Rule, Authenticity | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity |
| 57. | Medical Records and Billing with Custodian of Records for Summerlin Hospital Medical Center Dates of Service May 15, 2019 Through May 20, 2019 | Relevance, Prejudicial, Foundation, Best Evidence Rule, Authenticity | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity |
| 58. | Medical Records and Billing with Custodian of Records for Kindred Hospital Las Vegas-Sahara Campus Dates of Service May 21, 2019 Through July 4, 2019 | Relevance, Prejudicial, Foundation, Best Evidence Rule, Authenticity | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity |
| 59. | Medical Records and Billing with Custodian of Records for Next Step Medical Date of Service July 3, 2019 | Relevance, Prejudicial, Foundation, Best Evidence Rule, Authenticity | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity |

| 60. | Medical Records and Billing with Custodian of Records for Dental Center of Nevada Date of Service September 16, 2019 | Relevance, Prejudicial, Foundation, Best Evidence Rule, Authenticity | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity |
|---|---|---|---|
| 61. | Medical Records and Billing with Custodian of Records for Zynex Medical, Inc. Date of Service November 21, 2019 | Relevance, Prejudicial, Foundation, Best Evidence Rule, Authenticity | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity |
| 62. | Medical Records and Billing with Custodian of Records for Shiode Psychotherapy, Inc. Dates of Service December 12, 2019 Through March 9, 2020 | Relevance, Prejudicial, Foundation, Best Evidence Rule, Authenticity | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity |
| 63. | Medical Records and Billing with Custodian of Records for Radar Medical Group Dates of Service January 16, 2020 Through August 7, 2020 | Relevance, Prejudicial, Foundation, Best Evidence Rule, Authenticity | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity |
| 64. | Medical Records and Billing with Custodian of Records for Open Sided MRI Dates of Service February 2, 2020 Through February 7, 2020 | Relevance, Prejudicial, Foundation, Best Evidence Rule, Authenticity | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity |
| 65. | Medical Records and Billing with Custodian of Records for Grand Desert Psychiatric Services Dates of Service March 16, 2020 Through May 14, 2020 | Relevance, Prejudicial, Foundation, Best Evidence Rule, Authenticity | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity |
| 66. | Medical Records and Billing with Custodian of Records for Las Vegas Health Services | Relevance, Prejudicial, Foundation, Best Evidence Rule, Authenticity | Relevance; prejudicial; hearsay; foundation; best |

| | | | evidence; authenticity |
|---|---|---|---|
| | Dates of Service July 8, 2020 Through August 4, 2020 | | evidence; authenticity |
| 67. | Medical Records and Billing for Silver State Adult Day care Dates of Service October 1, 2020 Through November 4, 2021 | Relevance, Prejudicial, Foundation, Best Evidence Rule, Authenticity | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity |
| 68. | Medical Records and Billing with Custodian of Records for Prove Partners Dates of Service May 12, 2021 Through February 8, 2022 | Relevance, Prejudicial, Foundation, Best Evidence Rule, Authenticity | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity |
| 69. | Defendant United State's Responses and Objections to Plaintiff's First Set of Interrogatories | Defendant objects to the improper use of USA's written discovery responses as trial exhibits. The responses mistake evidence. Relevance, Prejudicial, Hearsay, Best Evidence Rule, Foundation | Relevance; prejudicial; Hearsay; best evidence; foundation |
| 70. | Defendant United State's Responses and Objections to Plaintiff's First Set of Requests for Production | Defendant objects to the improper use of USA's written discovery responses as trial exhibits. The responses mistake evidence. Relevance, Prejudicial, Hearsay, Best Evidence Rule, Foundation | Relevance; prejudicial; Hearsay; best evidence; foundation |
| 71. | Defendant Liceth Demha Santiago's Responses to Plaintiff's Interrogatories | | Relevance; prejudicial; Hearsay; best evidence; foundation |
| 72. | Defendant Liceth Demha Santiago's Responses to Plaintiff's Request for Production of Documents | | Relevance; prejudicial; Hearsay; best evidence; foundation |

**EXHIBIT C**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SONALOLITA WILSON<br><br>               Plaintiff<br>vs.<br><br>UNITED STATES OF AMERICA ; LICETH DEMHA-SANTIAGO; JUAN DEMHA; DOES I THROUGH X; AND ROE CORPORATIONS 1 THROUGH X,<br><br>            Defendants. | CASE NO.:   2:18-CV-01241-JCM-NJK<br><br>**Defendant United States of America's Exhibits** |

Defendant United States of America hereby provide its list of trial exhibits:

| Ex No. | Exhibit Description | Defendants Demha-Santiago and Demha's Objections | Plaintiff's Objections |
|---|---|---|---|
| 504 | 2018 W-4 Completed Form for Sonalolita Wilson | | Relevance, Prejudicial, Foundation, Best Evidence Rule, Authenticity |
| 506 | Plaintiff's Response to Defendant United States' First Set of Interrogatories (dated May 31, 2019) | | Relevance; prejudicial; Hearsay; best evidence; foundation |
| 507 | Plaintiff's First Supplemental Response to Defendant United States' First Set of Interrogatories (dated November 8, 2019) | | Relevance; prejudicial; Hearsay; best evidence; foundation |
| 508 | Plaintiff's Second Supplemental Response to Defendant United States' First Set of Interrogatories (dated January 28, 2021) | | Relevance; prejudicial; Hearsay; best evidence; foundation |
| 509 | Plaintiff's Third Supplemental Response to Defendant USA's First Set of | | Relevance; prejudicial; Hearsay; |

1

| Ex No. | Exhibit Description | Defendants Demha-Santiago and Demha's Objections | Plaintiff's Objections |
|---|---|---|---|
| | Interrogatories (dated February 5, 2021) | | best evidence; foundation |
| 510 | Plaintiff's Response to Defendant United States' Second Set of Interrogatories (dated November 22, 2019) | | Relevance; prejudicial; Hearsay; best evidence; foundation |
| 511 | Plaintiff's Response to Defendant United States' Third Set of Interrogatories (dated March 20, 2020) | | Relevance; prejudicial; Hearsay; best evidence; foundation |
| 512 | Plaintiff's Response to Defendant Demha's First Set of Interrogatories | | Relevance; prejudicial; Hearsay; best evidence; foundation |
| 513 | Plaintiff's First Supplemental Response to Defendant Demha's First Set of Interrogatories | | Relevance; prejudicial; Hearsay; best evidence; foundation |
| 514 | Plaintiff's Second Supplemental Response to Defendant Demha's First Set of Interrogatories (February 5, 2021) | | Relevance; prejudicial; Hearsay; best evidence; foundation |
| 515 | Demha Defendants' Answers to Plaintiffs' Interrogatories (dated February 28, 2020) | | |

**EXHIBIT D**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

SONALOLITA WILSON,

                    Plaintiff,

vs.

UNITED STATES OF AMERICA; LICETH
DEMHA-SANTIAGO; JUAN DEMHA; DOES
I through X; and ROE CORPORATIONS I
through X, inclusive

                 Defendants.

CASE NO.:  2:18-cv-01241-JCM-NKJ

**Defendant Liceth Demha-Santiago and**
**Juan Demha's Exhibits**

| Exhibit | Description | Defendant USA's Objections | Plaintiff's Objections |
|---------|-------------|---------------------------|------------------------|
| 1. | Damage Estimate of 2005 Toyota Corolla | Relevance; prejudicial; foundation; best evidence; authenticity | |
| 2. | Farmers Insurance Exchange Estimate of Record for 2005 Toyota Corolla | Relevance; prejudicial; foundation; best evidence; authenticity | |
| 3. | CCC One Market Valuation Report | Relevance; prejudicial; foundation; best evidence; authenticity | |
| 4. | Medical Records and Billing from Mark L. Glyman M.D. | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity | |
| 5. | Medical Records, Billing and Films from American Radiology | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity | |
| 6. | Medical Records and Billing from Nevada Spine Clinic | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity | |
| 7. | Medical Records and Billing from Smoke Ranch Surgery Center | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity | |
| 8. | Medical Records and Billing from Don Nobis Progressive Physical Therapy | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity | |
| 9. | Billing from Abbey Dental Center, Inc. | Relevance; prejudicial; hearsay; foundation; best | |

| | | | |
|---|---|---|---|
| | | evidence; authenticity | |
| 10. | Medical Records and Billing from Absolute Dental | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity | |
| 11. | Billing from Las Vegas Pharmacy | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity | |
| 12. | Medical records, films and billing from Kindred Rehabilitation Hospital | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity | |
| 13. | Billing from Smoke Ranch Specialists | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity | |
| 14. | Medical records and billing from Daniel Shiode, Ph.D. | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity | |
| 15. | Grand Desert Psychiatric Services | | |
| 16. | Medical records and billing from Monitoring Associates/Neuromonitoring Associates | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity | |
| 17. | Medical records and billing from Zynex | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity | |
| 18. | Medical records and films from Precision Diagnostic Imaging | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity | |
| 19. | Records and billing from Silver State Adult Day Care | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity | |
| 20. | Medical Records and Billing from Las Vegas Health Services, Inc. | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity | |
| 21. | Medical Records and Billing from Silver State Neurology | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity | |
| 22. | Next Step Medical | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity | |
| 23. | Medical Billing from Prove Partners | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity | |
| 24. | Medical billing and records Absolute Dental/Southern Nevada General Dentistry | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity | |

| | | | |
|---|---|---|---|
| | Prada, PPLC | | |
| 25. | Medical billing and records for Care Pro Home Health | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity | |
| 26. | Medical billing and records for Dental Center of NV | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity | |
| 27. | Las Vegas Fire and Rescue Receipts | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity | |
| 28. | University Medical Center of Southern Nevada Receipt | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity | |
| 29. | EMP of Clark UMC McCourt PLLC Medical Group Receipt | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity | |
| 30. | University Medical Center of Southern Nevada, Department of Radiology Records | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity | |
| 31. | Better Back Physical Therapy under Nevada Spine Clinic | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity | |
| 32. | Mark L. Glyman, M.D., D.D.S. | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity | |
| 33. | Desert Orthopaedic Center Health Insurance Claim Form | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity | |
| 34. | Pueblo Medical Imaging Records | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity | |
| 35. | Specialty Surgery Center Records | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity | |
| 36. | Better Back Physical Therapy Responsive Medical Records | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity | |
| 37. | Desert Orthopaedic Center Responsive Medical Records | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity | |
| 38. | Dr. Mark Glyman Responsive Medical Records | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity | |
| 39. | Las Vegas Fire and Rescue Responsive Records | Relevance; prejudicial; hearsay; foundation; best | |

| | | | |
|---|---|---|---|
| | | evidence; authenticity | |
| 40. | Pueblo Medical Imaging Responsive Medical Records | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity | |
| 41. | Specialty Surgery Center Responsive Medical Records | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity | |
| 42. | University Medical Center Responsive Medical Records | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity | |
| 43. | Desert Orthopaedic Center Responsive Radiology Images | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity | |
| 44. | Specialty Surgery Center Responsive Billing Records | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity | |
| 45. | Lien RX Billing Responsive Records | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity | |
| 46. | Orthopedic Specialty Hospital of Nevada Responsive Medical Records | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity | |
| 47. | Orthopedic Specialty Hospital of Nevada Responsive Billing Records | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity | |
| 48. | Mountain View Hospital Responsive Medical Records | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity | |
| 49. | Lyons Home Care Responsive Medical and Billing Records | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity | |
| 50. | Better Back Physical Therapy Responsive Medical Records | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity | |
| 51. | Specialty Surgery Center Responsive Medical and Billing Records | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity | |
| 52. | Kindred Transitional Care and Rehabilitation-Spring Valley Responsive Medical Records | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity | |
| 53. | Valley Hospital Medical Center Responsive Medical Records | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity | |
| 54. | University Medical Center Responsive Medical Records | Relevance; prejudicial; hearsay; foundation; best | |

| | | evidence; authenticity | |
|---|---|---|---|
| 55. | University Medical Center Responsive Radiology Declaration and Records (disc) | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity | |
| 56. | Dr. Louis F. Mortillaro Responsive Medical and Billing Records | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity | |
| 57. | Abbey Dental Responsive Records and X-Rays | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity | |
| 58. | Valley Hospital Responsive Radiology Discs (2) | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity | |
| 59. | Summerlin Hospital Responsive Medical and Billing Records | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity | |
| 60. | Red Rock Diagnostics Responsive Medical and Billing Records | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity | |
| 61. | 986 Pharmacy Responsive Billing Records | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity | |
| 62. | Mountain View Hospital Responsive Radiology Records and Disc (1) | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity | |
| 63. | Paylater Pharmacy Responsive Billing Records | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity | |
| 64. | Desert Orthopaedic Center Responsive Medical and Billing Records | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity | |
| 65. | Desert Radiology Responsive Medical Records and Radiology Discs | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity | |
| 66. | Pueblo Medical Imaging Responsive Medical Records | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity | |
| 67. | Pueblo Medical Imaging Response Radiology Records | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity | |
| 68. | Mountain View Responsive Billing Records | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity | |
| 69. | Summerlin Hospital Responsive Radiology | Relevance; prejudicial; hearsay; foundation; best | |

5

| | | | |
|---|---|---|---|
| | Records | evidence; authenticity | |
| 70. | Pueblo Medical Imaging Responsive Billing Records | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity | |
| 71. | Better Back Physical Therapy Responsive Billing Records | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity | |
| 72. | OpenSided MRI Responsive Medical Records | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity | |
| 73. | Dr. David Oliveri Responsive Medical and Billing Records | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity | |
| 74. | Radar Medical Group Responsive Medical and Billing Records | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity | |
| 75. | OpenSided MRI Responsive Medical and Radiology Records (disc) | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity | |
| 76. | Red Rock Diagnostics Responsive Billing Records for OpenSided MRI | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity | |
| 77. | Desert Anesthesiologist Responsive Billing and Medical Records | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity | |
| 78. | Allegiant Spine Institute | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity | |
| 79. | Certified Vocational Services | | Relevance, Prejudicial, Foundation, Best Evidence Rule, Authenticity |
| 80. | Las Vegas Fire and Rescue | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity | |
| 81. | Specialty Pharmacy | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity | |
| 82. | Sonia Wilson's Summary Slide of Imaging Findings Consistent with the History of Trauma Dated 9/1/16 | Relevance; prejudicial; hearsay; foundation; best evidence; authenticity | |
| 83. | Life Expectancy Table | Relevance; prejudicial; foundation; best evidence; authenticity | |

| 84. | Defendant, Liceth Demha-Santiago's Responses to Plaintiff's Request for Production of Documents | Defendant USA herein reserve all objections pending notice of particular responses to be read | |
| 85. | Defendants Liceth Demha-Santiago & Juan Demha's Answers to Plaintiffs' Interrogatories | Defendant USA herein reserve all objections pending notice of particular responses to be read | |
| 86. | Plaintiff's Response to Defendant United States' First Set of Interrogatories | Defendant USA herein reserve all objections pending notice of particular responses to be read | Relevance; prejudicial; Hearsay; best evidence; foundation |
| 87. | Plaintiff's First Supplemental Response to Defendant United States' First Set of Interrogatories | Defendant USA herein reserve all objections pending notice of particular responses to be read | Relevance; prejudicial; Hearsay; best evidence; foundation |
| 88. | Plaintiff's Third Supplemental Response to Defendant USA's First Set of Interrogatories | Defendant USA herein reserve all objections pending notice of particular responses to be read | Relevance; prejudicial; Hearsay; best evidence; foundation |
| 89. | Plaintiff's Response to Defendant Demha's First Set of Interrogatories | Defendant USA herein reserve all objections pending notice of particular responses to be read | Relevance; prejudicial; Hearsay; best evidence; foundation |
| 90. | Plaintiff's First Supplemental Response to Defendant Demha's First Set of Interrogatories | Defendant USA herein reserve all objections pending notice of particular responses to be read | Relevance; prejudicial; Hearsay; best evidence; foundation |
| 91. | Plaintiff's Second Supplemental Response to Defendant Demha's First Set of Interrogatories | Defendant USA herein reserve all objections pending notice of particular responses to be read | Relevance; prejudicial; Hearsay; best evidence; foundation |
| 92. | Plaintiff's Response to Defendant USA's First Set of Requests for Production of Documents | Defendant USA herein reserve all objections pending notice of particular responses to be read | Relevance; prejudicial; Hearsay; best evidence; foundation |
| 93. | Plaintiff's First Supplemental Response to Defendant USA's First Set | Defendant USA herein reserve all objections pending notice of particular | Relevance; prejudicial; Hearsay; best |

| | | | |
|---|---|---|---|
| | of Requests for Production of Documents | responses to be read | evidence; foundation |
| 94. | Plaintiff's Second Supplemental Response to Defendant USA's First Set of Requests for Production of Documents | Defendant USA herein reserve all objections pending notice of particular responses to be read | Relevance; prejudicial; Hearsay; best evidence; foundation |
| 95. | Plaintiff's Response to United States' Second Set of Interrogatories to Plaintiff | Defendant USA herein reserve all objections pending notice of particular responses to be read | Relevance; prejudicial; Hearsay; best evidence; foundation |
| 96. | Plaintiff's Response to Defendant United States' Third Set of Interrogatories | Defendant USA herein reserve all objections pending notice of particular responses to be read | Relevance; prejudicial; Hearsay; best evidence; foundation |
| 97. | United States' Responses and Objections to Plaintiffs' First Set of Requests for Production of Documents | Relevance; prejudicial; Hearsay; best evidence; foundation | |
| 98. | United States' Responses and Objections to Plaintiffs' First Set of Interrogatories | Relevance; prejudicial; Hearsay; best evidence; foundation | |
| 99. | Photographs of Plaintiff's vehicle | (No Bates Number Provided) Relevance; foundation; authenticity | |
| 100. | Google Overheads | Relevance; prejudicial; foundation; best evidence; authenticity | |
| 101. | T-Mobile Phone Records | Relevance; prejudicial; foundation; best evidence; authenticity | Relevance; prejudicial; foundation; best evidence; authenticity |
| 102. | Black Box Data for Defendant's Vehicle - GMC Terrain 2014 | Prejudicial; foundation; best evidence; authenticity | |
| 103. | IRS Claim Denial with Receipt February 9, 2018 | Relevance; prejudicial; foundation | Relevance; prejudicial; foundation |
| 104. | IRS Claim Denial without Receipt September 5, 2019 | Relevance; prejudicial; foundation | Relevance; prejudicial; foundation |
| 105. | IRS Claim Denial with Receipt September 5, 2019 | Relevance; prejudicial; foundation | Relevance; prejudicial; |

8

| | | | | foundation |
|---|---|---|---|
| 106. | Government Pictures and Wilson Claim Information | Relevance; prejudicial; foundation | Relevance; prejudicial; foundation |
| 107. | IRS Denying Claim for Damages October 6, 2016 | Relevance; prejudicial; foundation | Relevance; prejudicial; foundation |
| 108. | Nakia McCloud Driver License | Relevance; foundation; best evidence; authenticity | |
| 109. | IRS Vehicle Information | Relevance; prejudicial; foundation | |