BRADLEY S. MAINOR, ESQ.
Nevada Bar No. 7434
JOSEPH J. WIRTH, ESQ.
Nevada Bar No. 10280
ASH MARIE BLACKBURN, ESQ.
Nevada Bar No. 14712
**MAINOR WIRTH, LLP**
6018 S. Fort Apache Road, Ste. 150
Las Vegas, NV 89148-5652
Tel:  (702) 464-5000
Fax:  (702) 463-4440
ash@mwinjury.com
*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SONALOLITA WILSON<br><br>Plaintiff<br><br>vs.<br><br>UNITED STATES OF AMERICA ; LICETH DEMHA-SANTIAGO; JUAN DEMHA; DOES I THROUGH X; AND ROE CORPORATIONS 1 THROUGH X,<br><br>Defendants.<br><br>ALL RELATED MATTERS | CASE NO.:   2:18-CV-01241-JCM-NJK<br><br>**STIPULATION AND ORDER FOR BENCH TRIAL** |

IT IS HEREBY STIPULATED by and between Plaintiff, SONALOLITA WILSON, by and through her attorneys of record BRADLEY S. MAINOR, ESQ., JOSEPH J. WIRTH, ESQ., and ASH MARIE BLACKBURN ESQ., of MAINOR WIRTH, LLP, and Defendant UNITED STATES OF AMERICA by and through their attorney of record R. THOMAS COLONNA, ESQ. of the UNITED STATES ATTORNEY, that the trial currently set on April 10, 2023 be set as a bench trial.

///

///

1  The parties estimate that trial will last ten (10) to fourteen (14) days.

3  DATED this 28th day of March, 2023.         DATED this 28th day of Mach, 2023.

**MAINOR WIRTH, LLP**                         **UNITED STATES ATTORNEY**

 /s/  Ash Marie Blackburn                      /s/  R. Thomas Colonna
BRADLEY S. MAINOR, ESQ.                       R. THOMAS COLONNA, ESQ.
Nevada Bar No. 7434                           501 Las Vegas Blvd, South., Ste. 1100
ASH MARIE BLACKBURN, ESQ.                     Las Vegas, NV 89101
Nevada Bar No. 14712                          *Attorney for Defendant United States of America*
6018 S. Fort Apache Road, Ste. 150
Las Vegas, NV 89148-5652
*Counsel for Plaintiff*

**ORDER**

IT IS SO ORDERED.

DATED March 29, 2023.

_____
UNITED STATES DISTRICT JUDGE