BRADLEY S. MAINOR, ESQ.
Nevada Bar No. 7434
JOSEPH J. WIRTH, ESQ.
Nevada Bar No. 10280
ASH MARIE BLACKBURN, ESQ.
Nevada Bar No. 14712
**MAINOR WIRTH, LLP**
6018 S. Fort Apache Road, Ste. 150
Las Vegas, NV 89148-5652
Tel:  (702) 464-5000
Fax:  (702) 463-4440
ash@mwinjury.com
*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SONALOLITA WILSON<br><br>Plaintiff<br><br>vs.<br><br>UNITED STATES OF AMERICA ; LICETH DEMHA-SANTIAGO; JUAN DEMHA; DOES I THROUGH X; AND ROE CORPORATIONS 1 THROUGH X,<br><br>Defendants.<br><br>ALL RELATED MATTERS | CASE NO.:   2:18-CV-01241-JCM-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF CLAIMS AGAINST DEFENDANTS/CROSS-CLAIMANTS/CROSS-DEFENDANTS LICETH DEMHA-SANTIAGO AND JUAN DEMHA** |

IT IS HEREBY STIPULATED by and between Plaintiff, SONALOLITA WILSON, by and through her attorneys of record BRADLEY S. MAINOR, ESQ., JOSEPH J. WIRTH, ESQ., and ASH MARIE BLACKBURN ESQ., of MAINOR WIRTH, LLP, and Defendants/Cross-Claimants/Cross-Defendants LICETH DEMHA-SANTIAGO and JUAN DEMHA by and through their attorney of record STEVEN JAFFE, ESQ. and JAN K. TOMASIK, ESQ. of the HALL JAFFE & CLAYTON, LLP, and Defendant UNITED STATES OF AMERICA by and through its attorney of record R. THOMAS COLONNA, ESQ. of the UNITED STATES ATTORNEY, and by Order of the Court regarding Defendant's Motion for Good Faith

Settlement (ECF No. 159), that Defendants/Cross-Claimants/Cross-Defendants LICETH DEMHA-SANTIAGO and JUAN DEMHA be dismissed, with prejudice, from this action. All parties to bear their own attorney's fees and costs.

Litigation will continue between Plaintiff SONALOLITA WILSON and Defendant UNITED STATES OF AMERICA.

DATED this 28th day of March, 2023.

**MAINOR WIRTH, LLP**

 /s/ Ash Marie Blackburn
BRADLEY S. MAINOR, ESQ.
Nevada Bar No. 7434
ASH MARIE BLACKBURN, ESQ.
Nevada Bar No. 14712
6018 S. Fort Apache Road, Ste. 150
Las Vegas, NV 89148-5652
*Counsel for Plaintiff*

DATED this 28th day of March, 2023.

**HALL JAFFE & CLAYTON, LLP**

/s/ Steven Jaffe

STEVEN JAFFE, ESQ.
Nevada Bar No. 7035
JAN K. TOMASIK, ESQ.
Nevada Bar No. 15104
7425 Peak Drive
Las Vegas, NV 89128-4438
*Counsel for Defendants Demha-Santiago and Juan Demha*

DATED this 28th day of March, 2023.

**UNITED STATES ATTORNEY**

 /s/  R. Thomas Colonna
R. THOMAS COLONNA, ESQ.
501 Las Vegas Blvd, South., Ste. 1100
Las Vegas, NV 89101
*Attorney for Defendant United States of America*

**ORDER**

IT IS SO ORDERED

DATED April 5, 2023.

UNITED STATES DISTRICT JUDGE

MAINOR WIRTH, LLP
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 464-5000 | Fax: (702) 463-4440